AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

United States of America
v.
CHARLES BRADFORD SMITH,
also known as "Brad Smith"

*Defendant*

Case: 1:21-cr-00567
Assigned to: Judge Lamberth, Royce C.
Assign Date: 9/8/2021
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHARLES BRADFORD SMITH
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(k) - Conspiracy to Obstruct Official Proceeding.
18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon.
18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon.
18 U.S.C. §§ 1752(a)(3) and (b)(1)(A), 2 - Impeding Ingress and Egress in a Restricted Building or Grounds with a Deadly or Dangerous Weapon and Aiding and Abetting.
40 U.S.C. § 5104(e)(1)(A)(i) - Unlawful Possession of a Dangerous Weapon on Capitol Grounds or Buildings.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds.
40 U.S.C. §§ 5104(e)(2)(E), 2 - Impeding Passage Through the Capitol Grounds or Buildings and Aiding and Abetting.

Date: 09/08/2021

Zia M. Faruqui
2021.09.08 17:10:54
-04'00'

*Issuing officer's signature*

City and state:   Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-9-2021 ; and the person was arrested on *(date)* 9-13-2021
at *(city and state)* Shippensburg, PA

Date: 9-13-2021

*Arresting officer's signature*

Rashynda Council / SA
*Printed name and title*