

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 16, 2022

<u>VIA ECF</u>

Dennis E. Boyle, Esq.
Blerina Jasari, Esq.
*Counsel for Marshall Neefe*

Peter L. Cooper, Esq.
*Counsel for Charles Bradford Smith*

      Re:    *United States v. Marshall Neefe and Charles Bradford Smith (a.k.a. Brad Smith),*
               21-CR-567 (RCL)

Dear Counsel:

      This memorializes the additional case-specific discovery the United States Attorney's Office for the District of Columbia has provided you since September 27, 2021:

November 1, 2021 (to both counsel by USAfx and email)

- .mp4 of open-source video depicting assault with large metal sign frame (101GB) (USAfx)
- Two screenshots from video with Neefe and Smith circled (email)

December 8, 2021 (to both counsel by USAfx)

- FBI Case File Manifests:
  - NEEFE Manifest 1037(redacted).xlxs
  - NEEFE Manifest 1710(redacted).xlxs
  - SMITH Manifest 1039 (redacted).xlxs
  - SMITH Manifest 1746 (redacted).xlxs

- FBI Case Files:
  - NEEFE Discoverable Serials 1037 (12.7.2021).zip
  - NEEFE Discoverable Serials 1710 (12.7.2021).zip
  - SMITH_Discoverable Serials 1039 (12.8.21).zip
  - SMITH_Discoverable Serials 1746 (12.8.21).zip

January 4, 2022 (to both counsel by USAfx)

- Brad_Smith_Phone_Details.zip (marked sensitive under protective order) *containing*:
  - 13 .PNG files ("scoped" extraction of Smith's cellphones)
- MN_Phone_Data.zip (marked sensitive under protective order) *containing*:
  - 11 .PNG files ("scoped" extraction of Neefe's cellphone)
- Neefe_Phone_Review_EC.pdf (marked sensitive under protective order)

January 27, 2022 (to both counsel by Email)

- Summary of Superseding Indictment
- NEEFE & SMITH Superseding Charges Chart.pdf

February 9, 2022 (to both counsel by USAfx)

- Scoped_FB_images_brad_smith.zip account (marked sensitive under protective order) *containing*:
  - Activities-100000640292631 Facebook - Brad Smith-Tue Feb 01 10_42_09 EST 2022.csv
  - 48 .jpeg files
- Activities-100000640292631_Facebook_-_Brad_Smith-Thu_Jan_13_12_18_31_EST_2022.xlsx (marked sensitive under protective order)
- Neefe_FB_scoped_media (marked sensitive under protective order) *containing*:
  - Activities-100000141409185 Facebook - Marshall Neefe-Tue Feb 01 10_48_26 EST 2022.csv
  - 48 .jpeg files
- Activities-100000141409185_Facebook_-_Marshall_Neefe-Thu_Jan_13_09_46_22_EST_2022.xlsx (marked sensitive under protective order)

February 14, 2022 (made available for in-person pickup for counsel for Smith only)

- Full "unscoped" return of Smith's cellular phones *containing*:
  - QPH1 – QPH5, each *containing*:
    - Case Files
    - Dependencies
    - 8_5X11-portable-case-quick-start.pdf

2

- OpenCase.bat
- "Scoped" return of Neefe's Facebook account (<u>marked sensitive under protective order</u>) *containing*:
    - Images (previously provided via USAfx on 2.9.22) *containing*:
        - Activities-100000141409185 Facebook - Marshall Neefe-Tue Feb 01 10_48_26 EST 2022.csv
        - 48 .jpeg files
    - Messages *containing:*
        - Activities-100000141409185_Facebook_-_Marshall_Neefe-Thu_Jan_13_09_46_22_EST_2022.xlsx
- "Scoped" extraction of Neefe's cellphone (previously produced via USAfx on 1.4.22) (<u>marked sensitive under protective order</u>) *containing:*
    - Neefe_Phone_Review_EC.pdf
    - 11 .PNG files

February 15, 2022 (shipped by FedEx to counsel for Neefe only)

- Full "unscoped" return of Neefe's cellphone *containing*:
    - Case Files
    - Dependencies
    - 8_5X11-portable-case-quick-start.pdf
    - OpenCase.bat
- "Scoped" return of Brad Smith's Facebook account (<u>marked sensitive under protective order</u>) *containing*:
    - Images (previously provided via USAfx on 2.9.22) *containing*:
        - Activities-100000640292631 Facebook - Brad Smith-Tue Feb 01 10_42_09 EST 2022.csv
        - 48 .jpeg files
    - Messages *containing:*
        - Activities-100000640292631_Facebook_-_Brad_Smith-Thu_Jan_13_12_18_31_EST_2022.xlsx
    - Video *containing:*
        - 24 .mp4 files
- "Scoped" extraction of Brad Smith's cellular phones (<u>marked sensitive under protective order</u>) *containing:*
    - Smith_EC.pdf
    - 13 .PNG files (previously produced via USAfx on 1.4.22)

This letter does <u>not</u> detail the government's ongoing global discovery efforts for all Capitol- riot defendants through evidence.com, Relativity, and USAfx. For details on those efforts, please see the latest status of discovery memorandum the government filed on February 12, 2022 (ECF No. 41). As we informed you by email on February 14, 2022, if you need to get access to the databases, please email Shelli Peterson of the Federal Public Defender's office. If

you have experienced difficulties with gaining access to the defense Relativity workspace after applying for access, please email Deloitte.

Please contact us if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

We recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. We will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial-management order.

We request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. We also request that defendants disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). We request that such material be provided on the same basis upon which the government will provide defendants with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, we request that the defense provide the government with the appropriate written notice if the defense plans to use one of the defenses referenced in those rules. Please provide any notice within the period required by the Rules or allowed by the Court for the filing of any pretrial motions.

We will forward additional case-specific discovery if and as it becomes available. If you have any questions, please feel free to contact us.

Sincerely,

/s/ *Courtney Lee*
COURTNEY LEE
Assistant United States Attorney
D.C. Bar No. 241291
202-252-7650
Courtney.Lee@usdoj.gov

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar No. 979587
202-252-5847
Seth.Meinero@usdoj.gov

                United States Attorney's Office for the
                 District of Columbia
                555 4th Street, N.W. – Room 10-118
                Washington DC 20530