UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CHARLES SMITH

CRIMINAL NO. 1-21-cr-567-2 (RCL)

**ORDER**

Upon the unopposed motion of the defendant to modify conditions of release, the Court GRANTS the defendant's request to include the deck/porch of his residence as part of the residence for purposes relating to home confinement.

So Ordered.

_____
Honorable Royce C. Lamberth

_____
Date