08/30/2022

Honorable Senior Judge Royce C. Lamberth

United States District Court for the District of Columbia

**Re: Mr. Charles Bradford Smith (Brad), Defendant January 6th- Case number 21-CR-567-RCL**

Dear Honorable Senior Judge Lamberth,

My name is Laurie Smith. I am Brad's mother. I am grateful to have been given the opportunity to tell you a little about my son Brad.

I'm sure you probably hear this all the time from families, but it is the most devastating and grief-stricken time of our lives. This letter is not easy for me to write, we are truly going through various stages of a kind of grief, it's impossible to wrap my son up in a letter, but I'll try my best.

Brad is kind, and adventurous. He loves nature and has always been an avid hiker. He has a funny sense of humor, and loves making people laugh, and a great cook. He was on his high school golf team and still enjoys golfing with his father and grandfather. He was well liked in high school, was even voted for homecoming court. He also loves learning about history and visiting old historical towns. He enjoys our local mountain lakes and camping but could never get a hunting license because he loves animals too much. He is truly the friend that will drop everything to help someone out. He was in jazz and concert band in high school and can play many instruments. He loves to debate with his friends about everything including politics. Brad does not care where you come from or your political stance, he just enjoys fun friendships and having similar interest in lots of different areas, mostly playing music, exploring new places, and hiking.

In saying all of this, Brad is far from perfect. He tends to not be picky enough in his friendships, too much of a pleaser, easily taken advantage of, and doesn't understand that not everyone has his best interests at heart. This has been an extremely hard lesson for him. He also lacks motivation and drive to move on from that high school mentality, although this year of home confinement has given him so much time to reevaluate his life and I have seen positive changes and maturity from all of this. Home confinement caused him to grow closer to family, go to drug counseling, and learned who some of his true caring friends are.

Before this, Brad did like politics, but it is such a small part of his life. Although sadly a political event is what got him into trouble. That is what makes this entire situation so frustrating. Brad had just turned twenty-four when this happened and was a very naïve young twenty-four.

Brad graduated from high school in 2015 and did not have a solid idea of what he wanted to do. For health reasons he could not go into the military. He took some college classes part-time for a couple of years, but nothing really sparked his interest. He worked at Dickinson college for several years in different departments, but his last job there was being their mailman. He loved that job and liked getting to know lots of the staff around the campus. One example of how good-hearted Brad is, In Christmas of 2019 he bought a Santa Sack, filled it with candy, and handed out candy to the college staff while delivering the mail. He loves doing stuff like that for others. Unfortunately, not long after that the

COVID virus hit, and he had to go on unemployment and then eventually they had to eliminate his job entirely. None of this is an excuse for what happened that terrifying day, but I'm trying my best to paint you a picture of who Brad is, and I'm his mother so I can't help but try to show you he is so much more than those bad decisions of that day.

It has been such a turbulent time in our country I cannot imagine being a young person right now. Aside from having two young adult children, I also supervise college students as part of my job, so I know firsthand what a struggle these past few years have been for them and the fear and confusion that has come with COVID, job loss, and politics.

Brad had attended several of Trump's rallies in our area since he was around 19 years old. I believe that was around the time Trump started campaigning. Brad got a kick out of the rallies and a group of his friends would sometimes go together and some did not like Trump and others did, so when they would get to the rally some would go inside, and cheer and the others would stay outside and protest. To me that is what it's about, accepting other point of views. When it was over, they would all ride home together, all still friends and on to something else. There was never anything cruel or malicious about Brads political views. It was just something fun to do and loved the excitement there.

He is a young man who never thought his big impulsive reckless mouth on his phone would get him into serious trouble. I believe that many people, especially young people don't take social media seriously. It's almost like a video game they are playing, and not real life. Just lots of hyperbolic rhetoric. Brad has been so regretful and destroyed by all of this. If only you knew. Although Brad has been on home confinement for many months and is very scared of what his future holds, we try to see the good in it. He still lives at home, so we get to talk to him every night and let him know we love him and are closer now I feel than ever due to the home confinement.

He is also so profoundly devastated by his actions, although he did not go inside the Capital, he still knows he was wrong to be there at all, and the fact that he briefly touched that metal sign sickens him. He is so disgusted by this and has been donating some of his income to the Capital Police Fund. Brad takes full responsibility for everything he regretfully took part in that terrible day. I see firsthand the pain and remorse he has been in due to his bad decisions, he sees what it's done to his family, and now forever branded for stupid decisions he made at twenty-four. He does not blame his co-defendant or anyone else, they were both adults and are responsible for their own actions.

He understands the seriousness of all of this and wishes he could take it all back. He cannot believe he listened to Trump and took him so literally. As a mom of course I am disappointed in my son's actions, but I am so angry that our former president did not realize that these incredibly young impressionable people truly believed him and took him seriously. He was the president after all. Trump should have known better then to take advantage of them. Brad and many other young people of his generation have been so confused and scared these past few years by so much unrest. I ask you to please take Brads age into consideration and his background.

Most importantly, I would like to ask you if he must be incarcerated that you consider counting his year of home confinement in his sentence, and if possible, please recommend a very minimum-security prison for our dear son. I also pray for a short stay; he struggles with his mental health, and I want him to come out more positive and appreciative of all the good things in his life. I have read so much is limited in prison such as classes or counseling still due to COVID. Also, if self-surrender is an option, so

his father, sister, and I could drive him to whatever prison he will have to stay at. Those requests are so very important to us.

Thank you so much,

Sincerely,

*Laurie Smith*

Laurie Smith

Honorable Senior Judge Royce C. Lamberth
United States District Court for the District of Columbia

Re: Charles Bradford Smith (Brad), Defendant January 6th Case number 21-CR-567-RCL

Dear Honorable Senior Judge Lamberth,

Our names are Daniel and Julie Tigyer and we live at 178 Springfield Road, Shippensburg, PA, 17257.

We have known Brad Smith for over 20 years as a family friend and neighbor, ever since we moved into a home about a quarter mile from Brad and his family. Brad was close with us and our children as he was regularly at our home to be with our children. Brad and his sister were like family in our home as we traveled together, played sports with our children and attended the same schools and church as our children. I(Dan) also had the privilege of teaching and coaching Brad at Big Spring High School while he was a student there.

We have always known Brad to be a young man of upstanding character, honesty and behavior. Brad was always polite and caring in his dealings with us and our children. We have and will continue to trust Brad completely, as on many occasions Brad has had the opportunity to watch over and take care of our home while we traveled or were out of the area. He had complete access to our home and property. We never had reason to question the complete trust we have in this wonderful young man.

Brad is an upstanding member of our community, being hard working and dependable. Although he is still a young man and will occasionally make a mistake due to his energetic nature, his decisions are usually sound and mature, such as maintaining a quality work history throughout the years after high school. We have seen Brad through the emotional and physical ups and downs in life and he has always shown himself to be a person who learns and strives to better himself. We are sure he will emerge from his current situation stronger and more responsible, due to his outstanding moral character.

It is our sincere hope that the court takes this letter into consideration at the time of sentencing, because despite Brad making a mistake as a young man, he has been and will continue to be an honorable member of our society and an outstanding human being!

Sincerely,

Daniel Charles Tigyer
*[signature]*

Julie Faye Tigyer
*[signature]*

Bob and Cindy Kanc
782 Greenspring Road
Newville, PA 17241


Dear Honorable Judge Lamberth,

What a time we live in! The best country in history-in our minds-yet so uncertain, so confusing, so judgmental. We were asked to write about Brad Smith. We were honored to as we have known Brad literally since birth.

My wife Cindy and I met Brad's parents Laurie and Charlie Smith in our Lamaze childbirth class when our daughter and Brad were about to enter this world. One of our most memorable moments ever was just after the 5 babies in the class were born, and the Lamaze instructor had them all sitting on a couch. Well Brad fell over on his side and fell into one of the babies, who fell into our daughter Valerie, who fell into…. It was the most beautiful domino fall we ever saw! Interesting 18 years later when all -but one- "babies" reunited and Brad came forth and apologized for starting the domino fall as they re-enacted their infamous 1996 happening.

Brad Smith is a responsible individual who expects everyone to be responsible and accountable. We don't know how Brad became involved in politics but do know during his involvement that everyone encounters people with similar views, but also unfortunately as well with non-similar or more extreme views! Brad was not at the Capitol on January 6th to overthrow any government, to foster any insurrection, or to harm anyone. He was there to voice his opinion. He never entered the Capitol building. He got caught up in the excitement of the moment, without having destroyed any property.

Brad has been accountable since then with restrictions, with an ankle bracelet, which hopefully credits toward any ruling. If Brad used language, as so many do on all sides.

Was Brad Smith there on January 6th? Yes. Has Brad been remorseful, cognizant of his being there on Jan 6th, and subsequently accountable for his actions? Yes.

From his "isolations" all these months. Brad has had time to deeply think of all aspects regarding that January day. We all have had bad breaks and hopefully some good breaks along the way. We humbly pray and plead that Brad's accountability has shown itself in a way that yields leniency for his future. Thank you for listening.


Sincerely,

Cindy, and Bob Kanc

Bryce C. Tome
Part-Time Supervisor
United Parcel Service
1 Ames Drive
Carlisle, PA 17015

August 30, 2022

The Honorable Royce C. Lamberth
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Lamberth,

    I am one of Charles' supervisors at UPS in Carlisle, Pa. Charles has shown a great deal of commitment to his job as a package handler at UPS. He has shown up consistently early and has been cross-trained in different areas of the hub. Charles has always agreed when asked to complete a task and has not once complained and completes each task above expectations. He has a positive attitude and helps spread that positivity to others in the form of his smile he has on each day. It has been my pleasure of meeting Charles and I am happy to consider him a friend.

Sincerely,

B. Tome
Bryce C. Tome

To the Honorable Judge Royce Lamberth,

This letter is on behalf of Charles Smith. I am a supervisor at UPS, and I have known Charles for most of his time at UPS. As a worker, Charles has been attentive, respectful, and diligent in his work and follows directions very well. He is a top performer in all work areas he is placed in and is held in high standing by all supervisors. As a person, Charles has always been a pleasure to have in the work area. He is a kind person who has my utmost respect as a person.

Joseph E. Rodriguez

September 3, 2022

Dear Honorable Judge Royce Lamberth,

I am writing on behalf of my grandson, Charles Bradford (Brad) Smith. Brad is our first of seven grandchildren. I am a semi-retired elementary and special education teacher. My husband, and I have lived in several states, including Arizona, PA, IA, MD, Texas, and presently, Williamsburg, VA. Presently, I tutor reading to special education students in Williamsburg, on a part-time basis.

Young Brad has added joy to our lives. Everywhere we've lived he's visited us with his family. His mother, Laurie is our oldest child. Since our 3 children and their families all live in different states, we've always had large annual family gatherings at different locations. Brad has always been a positive influence on his younger cousins. He's joined in with different activities and games that were played at our reunions. Sadly, we missed him this summer. Brad has always been loving and respectful to us as his grandparents. However, we have also observed a certain unworldliness and immaturity. Having been a teacher in rural areas, where Brad has been raised, and in Iowa, I have noticed quite a difference in children from more metropolitan areas such as Maryland, where I most recently taught special education. I came to the conclusion that some of his immaturity, was because of the area of the country he was raised in. Brad has always seen the good in everyone, and gave just about everyone the benefit of the doubt. He also didn't have a clear plan for his future after he graduated from high school. During those post high school years we saw him as easily manipulated and getting caught up in the MAGA movement. It seemed to be something he could believe in and get excited about, especially because he had made no definite future plans.

However, since the very unfortunate incident January 6, and his arrest that followed several months later, we have observed an overwhelming change in his demeanor. He is serious and subdued. He appears more self assured and reflective on his life and future plans. We believe this unfortunate event in his young life has given him pause for thought. We've observed a change in his thoughts and outlook on life. He's confided in us that he wants to get on with his life, and get an education through college or a trade school. He's worked at UPS since his house arrest and has matured in so many ways. He's told us that he's remorseful and wants to move on with his plans for his future. We are anxious to have him move past this unfortunate event in history that he was swept into through immature and youthful ideas and misconceptions. He's learned to make his own decisions and not be led blindly by any political ideas or any one person. We pray that he can move on with his future plans and rejoice in our family events and celebrations.

Sincerely,

*Marilyn J. Wright*

Marilyn J. Wright

September 3, 2022

To: The Honorable Judge Royce Lamberth,

As the grandfather of Charles Bradford (Brad) Smith, I am writing in hopes that you will be merciful in your decision regarding Brad's activities before and during the Jan 6, 2021 Washington D. C. election protest.

I completely endorse my dear wife Marilyn's comments regarding Brad's early years and family interactions. I only add that Brad has had no record of past violent behavior or tendencies. He is a soft spoken, very kind, intelligent and considerate young man, if only there were more like him in our society.

My only regret is that I wasn't available to advise Brad before his trip to D. C., since as a 30 year retired Army Civilian engineer, I would have strongly warned him to avoid being involved in any protest, as things can too easily get out of hand, as they did that unfortunate day.

Sincerely,

Bradford C. Wright

William Wright
11712 Appaloosa Run E.
Raleigh, NC  27613

Dear Judge Lamberth,

    I've known Charles Bradford Smith since he was one month old. I was only 17 when I held him in my arms for the first time. I still remember the sense of awe I had for my sister, who was just four years my senior, for bringing this new life into the world. Brad's parents, Laurie and Charles Smith have an incredible marriage and deep love and support for their children. They raised both Brad and his sister in a manner that places a high value for respecting the rule of law. The home environment for Brad was filled with love and support. Furthermore, they raised Brad and his sister to be accountable. Keeping to that vein, the remainder of this letter will focus on my objective experiences with Brad and my subjective feeling towards his future prospects. Keeping to our family's value of personal accountability, I will not displace Brad's actions to the individual who drove him to the event.

    Over the years, I've known Brad to be a very gentle soul. Only four years ago, I remember taking him fishing on the pier in Surf City, North Carolina. Not a regular fisherman, I remember Brad's concern for the length of time the fish could be out of the water. Brad is not a violent person.  Brad has always had a deep love and appreciation for the outdoors and animal life. He was raised in a part of Pennsylvania that historically canceled school on the first of deer hunting season. Despite this, Brad was never one to hunt animals. Over the years, his Facebook feeds have been filled with pictures of naturistic scenes of rural Pennsylvania and its wildlife. Recently, my wife was in a near fatal automobile accident, Brad was one of the first individuals to reach out expressing his concern for her outcome. Brad has always demonstrated respect for others in my presence. I have many memories of Brad engaging in long Chess matches with my father, his Grandfather.  I make mention of this to speak to Brad's non-violent nature, and his compassion, empathy and respect towards others.

I'm not proud Brad made a choice to go to the Capitol grounds that day. I've had many conversations with him since that day, and I feel he understands the full weight of why it was wrong to participate in the riots. Subjectively, I feel his private conversations on social media platforms were more a reflection of his immaturity, rather than a testament to his true character. He deeply regrets the statements he made, and he's embarrassed by them. What's more, Brad understands the men and women who work as Capital Police officers are somebody's father, mother, brother and sister. He knows law enforcement has a very difficult job, and no police officer should be subject to violence. This sentiment of respect for law enforcement is congruent with Brad's immediate and greater family. I'm proud that Brad made a choice to leave his counterpart behind and not go into the Capitol building. Going into the Capitol building was a threshold Brad was not willing to breach.

I myself was a youngman who took a few extra years to mature. I see much of myself in Brad. I feel confident Brad has learned from this experience, and has matured immensely over the course of the last year. Frankly, this experience has awakened Brad to the fragility of the personal autonomy he places as a core value.  I fumbled through much of my early twenties before going back to  school and becoming a Registered Nurse. I'm now in my early forties and manage a team of 19 clinicians in the area of Home Health.  I'm a father of two, a husband, and a student in a Master's program. I will take a personal interest in mentoring Brad and helping him actualize his potential. Judge Lamberth, we appreciate your service to our Country and your dedication to an institution that is sentinel to keeping this democratic experiment working. We pray that you have mercy on Brad's final outcome.

Respectfully,
William Wright R.N. (MHA candidate)
AKA: Uncle Bill

08/11/2022

Honorable Senior Judge Royce C. Lamberth

United States District Court for the District of Columbia

Re: Mr. Charles Bradford Smith (Brad), Defendant January 6th Case number 21-CR-567-RCL

Dear Honorable Senior Judge Lamberth,

My name is Charles J. Smith, the father of Brad. In my twenty plus years as a School Administrator I have written many reference letters for colleagues and students but never did I think I would have to compose a reference letter quite like this, especially for my son.

I first want to express my families' sincere appreciation to United States Magistrate Judge for the Middle District of Pennsylvania, Martin C. Carlson, United States Magistrate Judge for the District of Columbia, Zia M. Faruqui, the Prosecuting Attorneys and you for your decision to allow Brad to be with his family since his arrest in September of 2021. Although this has been a very difficult and a life changing time, in our lives, Brad and we as a whole family have been trying to focus on the positives and him being home with us was definitely a positive, compared to the alternative. We would also like to express our sincere appreciation for your decision in May to allow Brad access to our deck so he could get some outside time with us. That decision went a long way for all of our mental health and wellbeing. In addition, I feel I need to express our appreciation to all involved with this case. Starting with the FBI agents that came to our house that September morning, to the Judges, Probation Officers, Defense and Prosecuting Attorneys, and anyone else in between that I missed, have all been extremely professional and respectful to Brad and our family through this process.

The growth Brad has shown during this situation has been very evident to us. The home confinement with radio frequency probation has provided the time and opportunity for us to connect like never before. He has matured and has a renewed appreciation for the things in life that really matter. In addition, this time at home provided the opportunity for Brad to go to counseling, which he actually very much enjoyed and looked forward to attending.

Brad has always been a valuable employee no matter what job he had. His junior year in high school he completed the training and became a certified lifeguard and immediately was hired to be a lifeguard, at the Carlisle Country Club. He worked for years at Dickinson College in various roles including catering, bartending, and as their mailman. Unfortunately, his mail delivery technician job was lost due to cutbacks because of Covid. Brad currently works at UPS and like with his other jobs he has been very successful. He works extremely hard and, on several occasions, he has been

approached and offered advancements/promotions, to a supervisory role. Because of the future unknowns of his situation he decided to turn those opportunities down for now. Brad did not want to put his employers in a bind knowing he may not be there, at some point. The sad part of all this is that Brad has been at UPS long enough now that he just recently obtained very good insurance, which now he will most likely lose.

I want to assure you that Brad and the whole family has treated this situation with the seriousness it deserves. There has been zero interaction or interest to engage with the media, social media or personal fundraisers. The only fund-raising Brad has been involved with was donating, what he could afford, to the Capitol Police Fund. Brad has sincere empathy for what the Capitol Police had to endure that day and afterward and for our country as a whole. Brad, from day one, and every step of the way since, has taken full responsibility for his actions.

Although Brad made his share of poor decisions that January 6th day, there were a few decisions he made that were good. Brad did not go into the capitol building and after asking the co-defendant on several occasions to leave, Brad left the capitol grounds/Washington DC, without the co-defendant, although that was his ride. In addition, Brad has taken his probation extremely seriously and has upheld his end with a conscientiousness and maturity which actually gives me a sense of pride, as his father.

In closing, my son is not a bad person. Young and impressionable yes, but not bad. Brad has an extremely strong family/support system available to him. This past year we have all tried to concentrate on any positives coming out of this situation. We have planned for the worst-case scenario but, at the same time, we continue to hope for the best. I understand the reality that prison time will most likely be part of his consequences but as a father, I truly worry about the effect prison may have on Brad. I humbly ask for your lenience and your consideration of a downward departure, the chance to self-report, possibly counting the time under home confinement with radio frequency probation toward his sentence and a recommendation of a minimum or low security prison.

Your Honor, thank you again for your time and consideration on this matter.

Sincerely,

*Charles J. Smith*
Charles J. Smith

September 13, 2022

Dear Judge, Lamberth,

My name is Emily Smith, and I am Brad's younger sister. I'm 22 years old and recently graduated from college with a degree and Geo-Environmental Science this past May. I live at home currently, while searching for a job in my field.

I have lived across the hall from Brad all my life and as you can imagine this past year has been a very tense and depressing experience as I have seen the grief and remorse Brad has been experiencing. My brother Brad has faced a lot of issues growing up, mainly with drug use. Although this incident has been extremely hard on my family and of course him, it has forced Brad to get help and counseling regarding his drug use that he otherwise would have refused. Brads drug use over the years has negatively impacted his mental health as well as my families as we worried about him. His participation on January 6th and the aftermath thereof, has caused me a lot of resentment towards Brad. I have found his mentioned actions and the way he was conducting his life intolerable. I could say he is easily influenced, and has the wrong sort of friends, but ultimately, he chooses these paths, and these people to surround himself with. He formerly knew his choices were bad for him but lacked action to change. I believe this event has started Brad on a path to take more responsibility for his actions and gain self-awareness. It has opened Brad's eyes to recognize the wayward path he was creating for himself. This is now leading him to make the right choices for his life and to be a better man and person before the younger part of his life is over. Brad is a friendly, gentle, and charismatic guy but has been immature in many aspects. He loves outdoor activities and animals, the kind of guy always rescuing stray cats and baby birds etc. Loves our old family dog Snickers.

I feel like I am the older siblings most of the time, but I know Brad struggles with anxiety and his mental health. He like many young men, tend to act before they think, which has been reflected in his participation on January 6th and with his drug use. Of course, I do not wish for my brother to face time in jail, but I recognize his wrongdoings and the positive side the situation could bring in life's big picture. Although the specific actions taken by Brad on January 6th were uncharacteristic of him as he got caught up in propagandic influences, I do not want Brad to spiral down a road of continued poor choices. I know he is better than the actions he has chosen to partake in and trust that this is a turning point for his life.

I would humbly like to ask that you consider including these past 12 months of home confinement into part of Brads sentencing, and to please recommend a minimum-security prison for my brother, if prison is where he needs to go for a time.

Despite the grief he has caused my parents and I, we have and always will be Brad's support system to steady his path.

Sincerely,

*Emily J. Smith*
Emily J. Smith