UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-CR-567-2 (RCL) |
| : | |
| CHARLES BRADFORD SMITH, : | |
| : | |
| *Defendant.* : | |

UNITED STATES' NOTICE OF FILING OF ITEM
INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibit, which is incompatible with CM/ECF filing. The item is a PowerPoint presentation that includes videos and digital images, labeled Sentencing Exhibit 1. The government has no objection to the public release of this exhibit. The United States has made the following item available to counsel for the defendant and to the Court electronically:

| Sentencing Exhibit Number | File Name | Source |
|---|---|---|
| 1 | "SMITH Sentencing Exhibit.9.21.2022.pptx" | Open-source videos, Metropolitan Police Department bodyworn-camera videos, Facebook records, and Smith's cellphone |

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:     /s/ *Courtney Lee*
           COURTNEY LEE
           Assistant United States Attorney
           D.C. Bar 241291
           202-252-7650
           Courtney.Lee@usdoj.gov

           /s/ *Seth Adam Meinero*
           SETH ADAM MEINERO
           Trial Attorney (Detailee)
           D.C. Bar No. 976587
           202-252-5847
           Seth.Meinero@usdoj.gov

           United States Attorney's Office for the
           District of Columbia
           601 D Street, N.W. – Room 4.12
           Washington, DC 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2022, I served a copy of the foregoing on all parties to this matter as listed in the Court's Electronic Case Files system.

           /s/ *Courtney Lee*
           COURTNEY LEE
           Assistant United States Attorney