# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-cr-567-2 (RCL)
)
Charles Bradford Smith )

## NOTICE OF APPEAL

Name and address of appellant:

Charles Smith
138 Springfield Rd
Shippensburg, PA 17257

Name and address of appellant's attorney:

Peter Cooper
PeterCooperLaw
400 Fifth Street, NW
Washington DC 20001
202.400.1434

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Mr Smith was sentenced by Judge Lamberth on 23 September 2022 to forty-one (41) months on counts one and four to concurrently. The Judgment was entered on 27 September 2022

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10/6/22
DATE

Charles B. Smith
APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✔]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?  YES [ ]  NO [✔]
Has counsel ordered transcripts?  YES [ ]  NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [✔]  NO [ ]