1　　　　　　UNITED STATES DISTRICT AND BANKRUPTCY COURTS
　　　　　　　　　FOR THE DISTRICT OF COLUMBIA
2

3　UNITED STATES OF AMERICA　　　Criminal No.　21-CR-00567

4　　　　　v.　　　　　　　　　　Washington, D.C.

5　MARSHALL NEEFE　　　　　　　　February 23, 2022

6　　　　AND

7　CHARLES BRADSHAW SMITH,

8
　　　　　　　　　Defendants.　　　1:30 p.m.
9　-------------------------/

10　　　　　　　　TRANSCRIPT OF MOTIONS HEARING
　　　　　　BEFORE THE HONORABLE ROYCE C. LAMBERTH
11　　　　　　　UNITED STATES DISTRICT JUDGE

12　APPEARANCES:

13　For the Government:　　SETH ADAM MEINERO, ESQUIRE
　　　　　　　　　　　　　　COURTNEY LEE, ESQUIRE
14

15　For Defendant Neefe:　DENNIS BOYLE, ESQUIRE
　　　　　　　　　　　　　　BLERINA JASARI, ESQUIRE
16

17　For Defendant Smith:　PETER COOPER, ESQUIRE

18

19
　　Court Reporter　　　　　Lisa K. Bankins RMR FCRR RDR
20　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　District of Columbia
21　　　　　　　　　　　　　　333 Constitution Avenue, NW
　　　　　　　　　　　　　　Washington, D.C. 20001
22

23

24　Proceedings recorded by mechanical stenography,
　　transcript produced by notereading.
25

P R O C E E D I N G S

1

2       THE COURTROOM DEPUTY:  Your Honor, we are on the

3   record in Criminal Case 21-567, United States of America

4   versus Marshall Neefe, Defendant 1 and Charles Bradford

5   Smith, Defendant 2.  Your Honor, we have also once counsel

6   introduces themselves, we need to do the arraignment of

7   Mr. Neefe as well.

8       THE COURT:  Okay.

9       THE COURTROOM DEPUTY:  Counsel, would you please

10  state your appearance for the record, starting with the

11  government counsel?

12      Mr. MEINERO:  Good afternoon, Your Honor.  Seth

13  Adam Meinero for the United States.

14      MS. LEE:  And AUSA Courtney Lee for the United

15  States.

16      THE COURT:  All right.

17      MR. COOPER:  Good afternoon, Your Honor.  Peter

18  Cooper on behalf of Mr. Smith, who is present on the line.

19      THE COURT:  Okay.

20      MR. BOYLE:  Good afternoon, Your Honor.  Dennis

21  Boyle and Blerina Jasari on behalf of Marshall Neefe, who

22  is on the line as well.

23      THE COURTROOM DEPUTY:  And Mr. Sidbury from

24  Pretrial Services, Andre Sidbury is also present, Your

25  Honor.

1          THE COURT:  All right.  And Mr. Neefe is by

2    video.  I can see him.  Can you hear me, Mr. Neefe?

3          Okay.  The clerk will arraign Mr. Neefe then on

4    the second -- it's the first superseding?

5          THE COURTROOM DEPUTY:  Yes, Your Honor.  It is

6    the first superseding.

7          THE COURT:  Okay.

8          THE COURTROOM DEPUTY:  Mr. Marshall Neefe, you

9    are charged in Counts One through Eight, Ten and Eleven,

10   Thirteen and Fourteen of the superseding indictment with

11   the following charges:  Conspiracy to obstruct official

12   proceedings, obstruction of an official proceeding and

13   aiding and abetting, civil disorder, assaulting, resisting

14   or impeding certain officers using a dangerous weapon and

15   aiding and abetting, entering and remaining in a

16   restricted building or grounds with a deadly or dangerous

17   weapon, disorderly and disruptive conduct in a restricted

18   building or grounds with a deadly or dangerous weapon,

19   engaging in physical violence in a restricted building or

20   grounds with a deadly or dangerous weapon and aiding and

21   abetting, disorderly conduct in a Capitol building or

22   grounds, acts of physical violence in a Capitol grounds or

23   building, parading, demonstrating or picketing in a

24   Capitol building.

25          Do you waive the formal reading of the

1    superseding indictment and if so, how do you wish to

2    plead?

3              MR. BOYLE:  Your Honor, on behalf of Mr. Neefe,

4    we waive the formal reading of the indictment and enter a

5    plea of not guilty to all charges.  Thank you.

6              THE COURT:  Okay.  All right.  Thank you.  We're

7    here then initially on the motion to review the bail

8    conditions of Mr. Neefe.  So I have the papers.  Let me

9    have the government go first then with your

10   representations you want to make on the conditions under

11   which he continues to be -- has been held without bail

12   by -- initially by the magistrate now for my review.

13             Mr. MEINERO:  Very well, Your Honor.  To start,

14   as an opening matter, threshold matter, in its reply to

15   our opposition last week, the defense clarified that its

16   pleading filed earlier in the week is a motion to review

17   the detention order issued on September 14, 2021 under 18

18   USC, Section 3145(b).

19             We realize this Court and Your Honor in a case

20   from last year, United States versus Brown, Criminal

21   Number 20-CR-27 recognized there's a case from the Fifth

22   Circuit, Fassler v. United States holding there is a

23   promptness requirement for filing a motion under 3145(b).

24   However, Your Honor declined to follow the rule in Fassler

25   because the text of 3145(b) does not set forth the time

1    requirement for filing such a motion.  That section only

2    requires promptness in determining the motion.

3            We note in Brown the delay between the issuance

4    of the detention order and the filing of the motion was

5    two months.  Here, the delay has been five months since

6    the issuance of the detention order or at least three

7    months since the government produced the discovery on

8    which the defense based its motion.

9            We still don't think that the defense has

10   asserted good reasons for the delay.  But we do recognize

11   that this Court has found there is no time limit for

12   filing the motion and we'll turn to the merits of the

13   motion.  But we just wanted to note that up front, Your

14   Honor.

15           As for a basis for seeking Mr. Neefe's continued

16   detention, in our opposition, we cited basis under 18 USC,

17   Sections 3142(f)(1)(A) because he's charged with a crime

18   of violence under Count IV of the superseding indictment

19   and under 3142(f)(1)(E) because Counts Five, Six, Seven,

20   Eight and Ten are felony charges that involve possession

21   of a dangerous weapon.

22           We neglected to note that when there was the

23   initial appearance of the detention hearing in the Middle

24   District of Pennsylvania, the government did also move for

25   detention under Section 3142(f)(2)(A) for a serious risk

1    of flight and under 3142(f)(2)(B) involving a serious risk

2    that a person will obstruct or attempt to obstruct justice

3    or threaten, injure or intimidate witnesses.

4              Our primary basis is for seeking detention is

5    under 3142(f)(1)(A) and (f)(1)(E).  But there is also a

6    secondary basis for seeking detention under F(2)(A),

7    serious risk of flight.  Here, Mr. Neefe traveled

8    approximately 120 miles from his home in Newville,

9    Pennsylvania to commit the crimes in Washington on

10   January 6, 2021.  We know of no connections he has to the

11   District.  He is also facing multiple felonies including

12   obstruction of an official proceeding which carries a

13   maximum sentence of 20 years and several other felonies

14   that carry significant sentences.  Under 31(f)(2)(B), he

15   is charged with obstruction of an official proceeding.

16   While that is not a judicial proceeding in this case, we

17   do think there is some basis under 3142(f)(2)(B) for his

18   continued detention, but our primary basis is under

19   F(1)(A) and F(1)(B).

20             Now, Your Honor, we will turn to the factors

21   under 18 USC, 3142(g) and before doing so, I'd like to

22   note we have prepared a presentation that we have made

23   available to the Court and to defense counsel.  It is an

24   extensive presentation because we take very seriously our

25   motion to keep Mr. Neefe detained.  We can do one of two

1    things, Your Honor.  We can go through the whole

2    presentation which could take around 30 minutes or we

3    could focus on the significant evidence in the

4    presentation, the video evidence and the other evidence

5    that we did not discuss in our opposition.  That would be

6    a more truncated presentation.  Does the Court have a

7    preference for how it would like the government to

8    proceed?

9            THE COURT:  The truncated would be better for me

10   because I have the full exhibit in the form that I got.

11   But the video would be good.

12           Mr. MEINERO:  Absolutely, Your Honor.  I'm going

13   to share the screen right now or try to share the screen.

14   And I'll share the sound on my computer and I'm going to

15   open up the presentation which is labeled Government

16   Exhibit 1.

17           The government is now displaying a Power Point

18   demonstration marked Government Hearing Exhibit 1.  We

19   start with the nature and circumstances of the offense

20   under 18 USC, Section 3142(g)(1).  Your Honor, I won't go

21   into great detail about how the attack on and riot at the

22   Capitol on January 6, 2021 was a shocking, shameful event

23   in our nation's history, the great threat it posed to our

24   democratic processes.  The Court and everyone else know --

25   are well aware of what occurred about that threat and we

1    discussed that in our opposition.  So this presentation
2    will focus on Mr. Neefe's specific conduct.
3            Focusing on Mr. Neefe's specific conduct, he and
4    his co-defendant, Smith, engaged in significant planning
5    leading up to January 6, 2021.  Exhibits 1-A, 1-B, 1-C and
6    1-D are discussed in our opposition.  These are screen
7    shots from his Facebook records that detail the planning
8    they engaged in in November and December leading up to
9    January 6th.  And on December 22nd, in a conversation he
10   had with Smith, they talked about going to D.C.  And in
11   Exhibit 1-D, Mr. Neefe suggests that he should grab a
12   maple or oak four-by-four and turn it into a club and then
13   described some witty slogan on it "to beat some sense into
14   those fucks if they want to try something."
15           Exhibit 1-E is a picture Mr. Neefe shared with
16   another individual.  This is a club that he fabricated to
17   bring for the purpose of bringing to the Capitol on
18   January 6th.  Exhibit 1-F details that he named this the
19   "commie knocker."  And then that brings us to January 6,
20   2021 itself.
21           Exhibits 1-G and 1-H, Your Honor, are screen
22   shots from videos taken on January 6th.  We're showing
23   them here because it's important for the Court to
24   recognize how Mr. Neefe looked outside on the Capitol
25   grounds that day.  He was wearing a red plaid jacket in

1   both Exhibits 1-G and 1-H.  In 1-G, you can see that he

2   has the wooden club protruding from the backpack that he's

3   wearing.  There's an American flag stapled to it.  And in

4   Exhibit 1-H, Mr. Neefe is holding the wooden club,

5   although the flag portion that was stapled to the club is

6   obstructed by his co-defendant, Smith's face in that

7   photo.

8           I'm going to play Exhibit 1-I.  This is a video

9   taken from Smith's cell phone as he and Mr. Neefe were

10  approaching and entering the Capitol grounds.  This video

11  is less than a minute long.

12          (Video played.)

13          Mr. MEINERO:  We note in Exhibit 1-I, it was

14  Smith who was doing the talking in that video.  For the

15  record in the video, he stated "we are literally storming

16  the Capitol; the whole area is blocked off to the public;

17  we're saying fuck it; sick semper tyranist bitch, down

18  with tyrants."

19          Exhibits 1-J and 1-K are screen shots from the

20  video that depict Mr. Neefe in that video.  In these

21  screen shots, you get a fuller picture of how Mr. Neefe

22  looked and also a fuller picture of what the "commie

23  knocker" club looked like.  In Exhibit 1-K, Mr. Neefe is

24  raising the club in a deliberate gesture within about ten

25  seconds of Mr. Smith saying "down with tyrants."

1          After Smith and Neefe entered the Capitol

2     grounds, they both participated in an assault of a line of

3     Metropolitan Police Department officers who were defending

4     the west front of the Capitol.

5          Exhibit 1-L is a screen shot from a body worn

6     camera taken from one of the officers who was in that

7     defensive line.  Mr. Neefe is circled in yellow in the

8     bottom right corner of the screen.  We'd like the Court to

9     take note of the layout here.  Mr. Neefe positioned

10    himself at the front of this crowd that had gathered on

11    the west front.  You can see his attire and he is situated

12    at a level that is in front of a few steps.  Those steps

13    lead to a slightly elevated area where the officers were

14    positioned.  This will become clearer in a subsequent

15    exhibit, but we want to show that before the assault with

16    the sign took place, Mr. Neefe was at a lower level

17    relative to the officers who were a few feet in front of

18    him and at a elevation at the top of some steps.

19          I'm going to play first one video, which is an

20    Open Source video.  This is Exhibit 1-Q.  Your Honor, this

21    video is less than a minute long.  And I'm going to play

22    it now.

23          (Video played.)

24          Mr. MEINERO:  For the record, Exhibit 1-Q showed

25    a large metal sign frame with huge casters on it.  As a

1    frame of reference, the casters were about the size of a

2    person's head and you could see that when you compare the

3    caster to the individuals at the west front who were

4    passing it over head.  The sign was passed forward and it

5    was eventually propelled into the line of officers who

6    were at a slight elevation atop of a few steps above the

7    crowd.  The officers are able to cast the sign aside to

8    their right and when the -- after the sign is cast aside,

9    an officer wearing a white buttoned down shirt begins

10   spraying pepper spray to drive rioters down off the

11   stairs.

12           We've pinpointed Mr. Neefe in Exhibit 1-R, which

13   is a screen shot of Exhibit 1-Q.  He is outlined in

14   yellow.  His right arm is raised.  And if you play the

15   video, for several seconds, Mr. Neefe's arm remains raised

16   consistent with him attempting to grab hold of this sign.

17           Exhibit 1-S is a screen shot from after the

18   point at which the officers were able to cast the sign

19   aside.  This is after the sign was thrust into their line

20   and the officers were able to cast it away and to try

21   driving the rioters back.

22           We have identified Mr. Neefe here, too.  He is

23   outlined in yellow and there is a yellow arrow pointing

24   down at his figure.  You could tell it is he by the red

25   plaid jacket and the "commie knocker" club with the flag

1    attached to it.

2            What is significant about this, Your Honor, is

3    that in the video, Mr. Neefe emerged from the area at the

4    top of the stairs.  You remember from the prior screen

5    shot of the body worn camera video, he was a lower level.

6    So what this subsequent screen shot shows us -- and this

7    was later in time after the sign was passed into the

8    officers -- is that Mr. Neefe emerged from the top of the

9    stairs.  And what we can infer from that is that he

10   advanced with the sign into the line of defending

11   officers.  He was not a passive participant in this.

12           And Exhibit 1-T is another screen shot from the

13   same video.  This is after the officers were able to drive

14   rioters down the steps and Mr. Neefe is identified

15   outlined in yellow in front of the steps with the lower

16   level again and he appears to be getting sprayed with

17   pepper spray.

18           I'm going to show the body worn camera video.

19   So this is the officer's perspective of that assault.

20   This is in Exhibit 1-M.  I'm going to play this now, Your

21   Honor.  It is approximately two minutes long.

22           (Video played.)

23           Mr. MEINERO:  For the record to describe a

24   little of what the video -- what Exhibit 1-M showed taken

25   from one of the officer's body worn cameras, there was a

group of people, really a mob that was assembled here in front of where the officer with his body worn camera was positioned and also in front of the defending line of officers.  Some chanted USA.  Others taunted the officers, screamed at them.  One person told them or called them "fucking traders."  The large metal sign emerged from the background of the left of the screen and preceded to be foreground of the video where members of that mob could be seen helping to move the sign forward.

Exhibit 1-N is a screen shot from that body worn camera video.  We have circled Mr. Neefe in this, in the frame.  It's a partially obstructed view of Mr. Neefe. But you could tell it is he based on the flag attached to the wooden club in his backpack and his red plaid jacket. This is further evidence that he advanced up with the sign because this would be at about the same level of the officer wearing the body worn camera.

Exhibit 1-O is another screen shot in which Mr. Neefe is also circled in yellow and the same as the last exhibit, Your Honor.  Mr. Neefe is circled in yellow and he is about at the same level as the officer with the body worn camera.

And then I will play the final video we have, Your Honor.  This is Exhibit 1-U.  This is a different perspective of the assault with the metal sign frame and

13

1    it is facing east towards the Capitol.  I'm going to play

2    that now.  This is less than a minute long.

3                  (Video played.)

4                  Mr. MEINERO:  Your Honor, Exhibit 1-U showed the

5    large metal sign and sign frame being moved into the area

6    where the defending line of officers were and we have

7    pinpointed Mr. Neefe in this video.

8                  I'm going to advance to about 16 seconds into

9    the video.  And I'm going to train my cursor on a hand

10   about 16 seconds into the video.  That is Mr. Neefe's

11   hand.  It will become clearer because you will see his red

12   plaid sleeve eventually and we'll also have another

13   exhibit where we circle Mr. Neefe in the video.

14                  But from this point and for about the next ten

15   seconds, Mr. Neefe's hand can be seen on this sign.

16   You'll see that that hand advances to the left as the sign

17   is moving forward and up towards the line where the

18   officers are.  During that ten seconds, the sign is coming

19   into contact with the officers and you get a better sense

20   of where the officers were once the sign is cast aside.

21   You'll see that officers were at the opposite -- on the

22   opposite side of the frame of that sign.  But I'm going to

23   play this for about the next ten seconds until Mr. Neefe's

24   hand is no longer in view in the video.

25                  (Video played.)

1    Mr. MEINERO:  It's about at that point where Mr.

2    Neefe's hand, about ten seconds after that at about the

3    27-second mark that Mr. Neefe's hand is no longer in the

4    video.

5    Again, we have pinpointed Mr. Neefe here.  In

6    Exhibit 1-V, his hand and his arm, his hand grasping the

7    frame is circled in yellow.  This is the screen shot from

8    Exhibit 1-U.  To his left is Smith, his co-defendant

9    circled in green.  He has two hands on the sign frame.

10   Exhibit 1-W is a few frames or seconds after the

11   screen shot in Exhibit 1-U -- I mean, I'm sorry, 1-V.  It

12   shows that at some point, Mr. Smith actually backed away

13   from the sign.  His face appears irritated.  So he might

14   have gotten some chemical irritant in his face.  But Mr.

15   Neefe kept his hand on the sign.

16   Exhibit 1-X is a blown-up shot of Mr. Neefe's

17   hand on the sign frame.  And Exhibit 1-Y is another screen

18   shot of a blown-up portion of that video showing his hand

19   continuing to be on this sign.

20   So what this evidence shows, Your Honor, is

21   Mr. Neefe did not merely touch the sign, he grasped it and

22   he did not simply hold onto the sign momentarily and then

23   back away from the sign.  He grasped it for at least ten

24   seconds and then he backed away from the officers once he

25   was forced down the stairs with pepper spray.

1          One more depiction of Mr. Neefe's involvement in
2   the assault with the sign frame is Exhibit 1-Z.  This is a
3   frame, a screen shot of a frame taken from the body worn
4   camera video.  Mr. Neefe is circled in yellow in Exhibit
5   1-Z.  And a zoomed-in portion of that screen shot is
6   Exhibit 1-AA.  Mr. Neefe is seen here with his red plaid
7   jacket.  His left arm appears raised in front of his head.
8   It's obscuring part or obstructing a view of his face.
9   But his right arm is raised consistent with him grabbing
10  the outside of the frame of that sign that was used to
11  assault the officers.
12          Your Honor, after the assault with the sign
13  frame, even though that assault did not breach the line,
14  eventually, the officers' line was breached and then Mr.
15  Neefe made the further significant decision to actually
16  enter the Capitol.  That is something that his
17  co-defendant, Smith, did not do.
18          Exhibits 1-BB and 1-CC are screen shots from a
19  body worn camera worn by a Metropolitan Police Department
20  officer.  They are taken inside the rotunda.  The defense
21  is correct.  Mr. Neefe is not shown pushing or punching or
22  assaulting officers in that way.  Nor is his club seen in
23  these screen shots from the body worn camera video.
24          What the body worn camera video shows as
25  depicted in Exhibit 1-CC is what Mr. Neefe did is he tried

1    to make himself an immovable object.  He clasped his hands

2    and kept them pressed on his own torso and he resisted the

3    attempts of officers and disregarded their commands to

4    drive the rioters out of that space.  He was there for

5    several seconds and did not leave until after quite some

6    time.

7             Turning to additional evidence, after Mr. Neefe

8    and Smith left the Capitol, they engaged in further

9    conversation and commentary about what they had done

10   earlier that day.  I won't read every line in these

11   exhibits, which are Exhibits 1-DD and -EE.  But in Exhibit

12   1-E, Mr. Neefe expressed pride for his participation in

13   the riot.  He also boasted about how he was some of the

14   first to make his way in.  In Exhibit 1-FF, he said that

15   he stormed the Capitol after they heard the news on Pence.

16   In Exhibit 1-GG and this conversation on Facebook, he

17   predicted "it's only going to get more violent; today was

18   pussy shit, dude; if I had it my way, every cop who hurled

19   a baton on us would be lined up and put down; we made sure

20   they knew we fucking own them."  He also said, "I'm

21   bringing a gun next time IDEC."  IDEC, Your Honor, is an

22   Internet abbreviation for I don't even care.

23            So, Your Honor, under Factor G(1) and this is

24   the lengthiest part of the presentation.  This will move

25   along a lot quicker after G(1), this Court has looked to a

1    number of factors to differentiate the relative
2    culpability of Capitol rioters.  That's in the case U.S.
3    versus Presstman.  Under almost every one of the factors
4    in Presstman, Mr. Neefe distinguishes himself from others
5    and being appropriate to remain detained.  First, he's
6    charged with a crime of violence in several felonies.
7    Second, he engaged in considerable prior planning to
8    obstruct the proceeding and to engage in civil disorder.
9    Third, he coordinated with others, not only with his
10   co-defendant, Smith, but with others in the assault with
11   the metal sign frame on the west front.  Fourth, his
12   movements during the riot including his participation in
13   the assault, his further decision to enter the Capitol and
14   his making himself an immovable object to disregard the
15   commands or attempts of officers to drive rioters out of
16   the Capitol, out of the Rotunda distinguish him.  And
17   fifth, his dangerous hostility to law enforcement as
18   evidenced in the assault, his disregards in resistance to
19   the attempts to drive him out of the Rotunda and his
20   commentary afterwards, his desire to have lined up and put
21   down the officers who opposed him.  So, Your Honor,
22   3142(g)(1) strongly favors detention.
23           Then we come to the weight of the evidence
24   against Mr. Neefe under 3142(g)(2).  Your Honor, simply
25   that the evidence --

1          THE COURT:  Let me ask a couple of questions.

2          Mr. MEINERO:  Yes, sir.

3          THE COURT:  About the sign, was it taken into

4    custody or do you know any more about the dimensions and

5    weight of the sign, things like that?

6          Mr. MEINERO:  Your Honor, I do not have that

7    information for you about the dimensions.  What I can

8    point to to give a sense --

9          THE COURT:  It looks heavy.

10         Mr. MEINERO:  Yes.  It looks heavy.  From what

11   we know from at least one officer who was interviewed

12   relative to this assault, it was heavy.  I'm trying to get

13   to -- I'm trying to show -- trying to show one picture to

14   compare the size of the caster.  In Exhibit 1-R, the

15   lower --

16         THE COURT:  Yeah.  I see that.

17         Mr. MEINERO:  The size of the caster --

18         THE COURT:  That would show some heaviness.

19   Those casters alone.  Yes.

20         Mr. MEINERO:  Yes.  Because that caster is about

21   the size of that individual's head.

22         THE COURT:  Yes.

23         Mr. MEINERO:  Any other questions, sir?

24         THE COURT:  No.  So you don't know whether

25   that's -- you don't know if you have that as evidence or

1    not?

2             Mr. MEINERO:  I do not, Your Honor.

3             THE COURT:  Okay.  Go ahead.

4             Mr. MEINERO:  Turning to --

5             THE COURT:  Do you know if the person who was

6    using that -- if the individual that was using the

7    microphone up there in front of the police, using the

8    handheld, is he a defendant, do you know?

9             Mr. MEINERO:  I don't know about that particular

10   defendant, Your Honor.  I know that there are several

11   individuals who participated in the assault who are

12   charged, some of whom are detained.  But they all engaged

13   in different kinds of conduct.  But there are several

14   others who are involved in this who are charged.  But I'm

15   not sure about that one individual with the bull horn.

16            THE COURT:  Okay.  Go ahead.

17            Mr. MEINERO:  Under 3142(g)(2), Your Honor, the

18   evidence in this case is overwhelming.  We just showed you

19   four different videos depicting Mr. Neefe's conduct.  We

20   showed Facebook conversations that he had that show his

21   planning and preparation and his commentary after the

22   event.  We also included -- I won't go line by line -- in

23   the excerpts from the FBI 302, the summary of the

24   post-arrest, post-Miranda statement he made.  But in

25   Exhibit 1-II, Mr. Neefe -- this is an excerpt from the

1    302, Your Honor -- Mr. Neefe admitted that the large Trump

2    sign was passed over head.  He was part of a group that

3    used that sign to disrupt and break through the police

4    line with it.

5         In Exhibit 1-JJ, Mr. Neefe admitted that he made

6    his way closer to the Capitol and at a door to the

7    Capitol, he was part of a group that began pushing against

8    police officers and that was designed to gain entry.

9    After that, he entered the Capitol.  He said that he never

10   assaulted police officers.  He might not understand

11   legally what an assault is.  But that's what he said to

12   the FBI as depicted in Exhibit 1-JJ.

13        And in Exhibit 1-KK, Mr. Neefe also stated that

14   when he was in the rotunda -- I'm sorry, because part of

15   my screen is obstructed here so I can't read the whole

16   statement.  But he essentially admits here that he got

17   knocked over at some point inside the Capitol and the

18   home-made club he had which was stapled to a United States

19   flag had gotten knocked over and he lost it.  So he

20   actually -- we didn't know what happened to the club.  But

21   he admitted that he brought it inside the Capitol and that

22   would also be a reason why the body worn camera inside the

23   rotunda does not show him with the club then.

24        Further evidence that we have reviewed since we

25   submitted our opposition and we shared this with the

1    defense, we also have evidence of text messages between

2    Neefe and a contact identified as "Mom" from January 7,

3    2021, that evening, from about 6:08 to 6:11 p.m.  During

4    this time, Mr. Neefe was expressing concern that he would

5    be identified in a wanted photo or something posted

6    elsewhere with his picture on it.  And the messages he

7    texted to this contact identified as "Mom" and also the

8    FBI has confirmed that the number associated with this

9    contact identified as "Mom" is a number associated with

10   Mr. Neefe's mother and the household in which she lives.

11   So the FBI has confirmed that.

12           Mr. Neefe texted to Mom, "so far, no footage or

13   photo of me; Brad deleted everything and I deleted all my

14   social media; smartphone goes away next."  Mom replied "I

15   do hope when you are inside, there was no cameras with

16   your face especially when you are pissing on the stairs or

17   punching the cop."

18           This shows evidence of consciousness of guilt,

19   Your Honor.  Mr. Neefe is indicating here that he is

20   trying to get rid of evidence that may be incriminating.

21   This would also go to the risk of -- his risk to obstruct

22   justice.  The reply from Mom, it's unclear how this

23   contact identified as Mom would have known that or have

24   information regarding Mr. Neefe urinating or punching an

25   officer inside the Capitol.  But she expressed her hope

1       that there was no camera footage of him doing that.

2               We also note that -- we understand the

3       representations from family members submitted by the

4       defense.  And they, of course, want to see the best in

5       their loved one.  But this also casts some doubt about the

6       candor of Mr. Neefe's mom.  It appears that she had some

7       evidence that he assaulted an officer inside the Capitol.

8       And this would undercut the claim from her and other

9       family members that Mr. Neefe has always led a peaceful

10      and law-abiding life.

11              Turning to the history and characteristics of

12      the defendant under Section 3142(g)(3), we've outlined

13      this in the opposition, Your Honor.  I won't go into this

14      in too much detail.  But Mr. Neefe admitted during his

15      Pretrial Services interview in the Middle District of

16      Pennsylvania that he uses controlled substances,

17      cannabinoids, at the same time that he possessed an AR-15

18      and a nine millimeter handgun.  That is certainly

19      dangerous conduct and might not only be a potential

20      violation of the Controlled Substances Act for possessing

21      the controlled substances, but also the Gun Control Act,

22      which prohibits possession of a firearm or ammunition by a

23      controlled substance addict or recent user.

24              In addition, not only is there evidence that Mr.

25      Neefe used cannabinoids, but there is also evidence that

1    he used LSD while also possessing these weapons.

2           There are conversations on Facebook in which he

3    appears to negotiate buying 20 hits or dabs of LSD in

4    exchange for about $180.  He negotiated that on

5    December 11, 2020.  On December 12, 2020, he posted a

6    photo which is Exhibit 100 apparently with a dab of LSD on

7    his tongue and he made a comment to the effect that he was

8    curious to see how much German he could retain while he

9    was high on acid.  He was taking lessons in the German

10   language around that time.

11          We also -- and this is something that is not in

12   the opposition.  Conversations between Mr. Neefe and Smith

13   on December -- I'm sorry -- November 11, 2020 where they

14   talk about attending another rally in Washington, a

15   political rally, related to the election that was

16   scheduled for November 14, 2020.  In this conversation,

17   Mr. Neefe asked Smith whether it's illegal to have weapons

18   such as a knife in Washington, D.C.  He said I do have one

19   though.  Smith said that he would be bringing a pocket

20   knife.

21          Exhibit 1-QQ is a continuation of the

22   conversation and a picture that Mr. Neefe shared with

23   Smith and Exhibit 1-R are the comments Mr. Neefe made

24   regarding that picture.

25          Exhibit 1-QQ is a large knife.  Neefe stated

1    "bringing my big boy, LOL."  LOL is an abbreviation for

2    laughing out loud.  Neefe also said "if I come into

3    confrontation" -- and unfortunately I can't read the

4    whole -- let me see if I can move -- okay.  Here we go.  I

5    had to move a window inside this, Your Honor.  Pardon me.

6    Mr. Neefe said "if I come into confrontation and have to

7    use it, my line is I killed five chickens with this blade,

8    let's make it six."  Smith replied "I hope it goes smooth,

9    LOL."  Neefe stated "I hope I get to smack around a few

10   commies, NGL."  NGL is an abbreviation for not going to

11   lie.

12           So this is evidence that January 6th was not the

13   only time Mr. Neefe talked about bringing a weapon and

14   potentially engaging in violence at a mass political

15   demonstration.

16           We also have Exhibit 1-SS and I won't go into

17   too much detail on Exhibits 1-SS, -TT, -UU and -VV.  But

18   what these conversations on Facebook indicate is that Mr.

19   Neefe has espoused extremist views, Nazism, fascism, the

20   desirability for a civil war, anti-Semitism, racism,

21   coupled with violence, violent ideations.  And Exhibit

22   11 -- and I will note there is one instance where

23   Mr. Neefe appeared to be joking about lynching a person.

24   It's not clear to whom he was referring because the photo

25   he posted along with those comments, no one is pictured in

1    that photo.  But he did mention that.  And he said "rope

2    on my bumper works wonders" in response to another

3    person's question, "What tree are you using?"

4              Exhibit 1-WW is a Facebook message from

5    December 15, 2020.  The context for this message is that

6    Smith and Mr. Neefe were discussing potential outcomes

7    related to the certification of electoral college votes

8    and whether Vice President Pence had any authority not to

9    certify the election.  Smith at one point stated words to

10   the effect that 60% of Republicans need a bullet in the

11   head.

12             Later that day, in the evening, Neefe continued

13   that conversation thread and said "looks like McConnell

14   needs a bullet in the head."  Apparently, referring to

15   then Senate Majority Leader Mitch McConnell.

16             And last, Your Honor, we turn to the nature and

17   seriousness of the danger to any person posed by the

18   defendant's release under Section 3142(g)(4).  All the

19   evidence here, Your Honor, the prior preparation and

20   planning, the extraordinary step of deciding to actually

21   make a weapon to bring to the Capitol, the further

22   extraordinary step of going on to the grounds and

23   participating in the assault on the grounds of officers,

24   the further step after that of entering the Capitol, the

25   further step after that of disregarding or resisting

1    attempts of officers to drive him out of the Capitol and

2    his further comments after the fact show that he is a

3    severe danger to any person in the community if he is

4    released.

5            And we return to this conversation that he had

6    on the night of January 6th after he left the Capitol.

7    Mr. Neefe stated as depicted in Exhibit 1-GG, "it's only

8    going to get more violent; today was pussy shit, dude; if

9    I had it my way, every cop who hurled a baton or maced one

10   of us would be lined up and put down; we make sure we

11   fucking own them."  Later, Neefe said as depicted in

12   Exhibit I-HH, "I'm bringing a gun next time, IDEC."

13           Your Honor, because of all this, Mr. Neefe is

14   the epitome of dangerousness, not only to other

15   individuals, not only to the community, but to our

16   democratic norms themselves.  Thank you, Your Honor.

17           THE COURT:  All right.  Mr. Boyle?

18           Mr. MEINERO:  I'm going to stop sharing, Your

19   Honor --

20           THE COURT:  Okay.

21           Mr. MEINERO:  -- stop sharing my screen.  Thank

22   you very much for your time.

23           MR. BOYLE:  Good afternoon, Your Honor.  We

24   filed a fairly comprehensive memorandum in opposition to

25   that, which we know the Court has read.  So I'm not going

1    to restate too much today.  But there are a couple of

2    things I would like to emphasize.  First of all,

3    January 6th was a deplorable event, one of the worse days

4    in the history of the country.  A mob descended upon the

5    Capitol.  There's no excuse for that or any of the conduct

6    involved in that and we're not here to try to explain that

7    any of that was okay.  It was certainly not normal

8    political discourse or anything like that.  No one feels

9    more embarrassed or more upset or more sorry about this

10   than Mr. Neefe.

11           Secondly, Your Honor, I'd like to talk a little

12   bit more about Mr. Neefe's background, both prior to and

13   after this event.  Mr. Neefe comes from a small town

14   called Coudersport in Pennsylvania.  The population is

15   2500.  It's in a very rural area of the state.  It's kind

16   of isolated.  I speak of that place because I was the

17   first Assistant District Attorney in that county for

18   several years.  But I -- the people who go there, you

19   know, it's a rural area.  Not a lot of people go to

20   college.  Not a lot of people have a lot of sophistication

21   in the news sources they read or material that they

22   access.  And to be perfectly honest, Mr. Neefe really had

23   no interest in politics ever.  We checked the voter rolls

24   in Pennsylvania.  Mr. Neefe has never been registered to

25   vote.  He didn't vote for Mr. Trump in either election.

1    But he did get caught up in a group that was racist.

2    That, you know, that certainly was not something that, you

3    know, Americans would tolerate or that Mr. Neefe is proud

4    of.  That led him to the participation to this event on

5    January 6th and the subsequent emails on January 7th.

6            What's significant though is before that,

7    Mr. Neefe was a hardworking individual who lived in

8    central Pennsylvania.  He has a fiancee that he lived

9    with.  He has a child.  His parents live in close

10   proximity to him.  He had never been arrested for anything

11   prior to these events.

12           After January 6th and January 7th, Mr. Neefe was

13   in fact free until September of that year.  He was

14   actually out for eight months.  During that eight months,

15   he took no actions to arm anybody, to engage in any

16   violent activity, to attempt to overthrow the government.

17   He took no steps to run or to flee.  He remained in

18   Pennsylvania where he's from.

19           We would submit, Your Honor, that these acts are

20   bad and we agree with that.  Mr. Neefe understands that he

21   has to pay a penalty for that and he's not here to tell

22   anybody that anything that he did was okay.

23           But we are here, Your Honor, for this particular

24   hearing, I mean Mr. Neefe has now been in custody for over

25   five months, going on six months.  You know, there's been

1   no discussions whatsoever with the government or anything

2   else about how to resolve these cases.  And it looks like

3   he could spend an extended period of time in custody

4   before we even get anywhere.

5          We think that under the circumstances, Your

6   Honor, viewing his life as a whole, viewing the contacts

7   of his family members, those events on January 6th were an

8   aberration.  On the 7th, the emails that he sent were,

9   obviously, never acted upon and would not be acted upon.

10          We believe that there are conditions that would

11   ensure that Mr. Neefe is not a danger to the community.

12   He could be placed in house arrest.  We would submit to

13   the Court if he were on house arrest in central

14   Pennsylvania, he would be less of a danger to anybody than

15   he would be if he were in D.C.  His travel can be

16   restricted.  He can be, you know, he could be put on

17   mandatory drug testing to make sure that there are no drug

18   issues.

19          But we think that his connections to the family,

20   his connections to the area are substantial.  His lifetime

21   of peaceful behavior before and after this indicate that

22   there are conditions that would allow him to be released.

23   Thank you, Your Honor.

24          THE COURT:  Okay.  I'll review the record and

25   issue written findings and conclusions.  I guess all I can

1    do for today because that has to be in writing is set a
2    further status conference and I assume the government is
3    going to want to do that and what they have been doing in
4    other cases is in 60 days.  And Mr. Smith's attorney and I
5    were talking about that when we were here the other day.
6              So what I was going to suggest that we come back
7    for another status in I think it would be April the --
8    probably April the 20th at 1:45 -- 1:30 I guess I set for
9    Mr. Smith, which I could do here as well.  I think that's
10   the time I set Mr. Smith -- with Mr. Smith.  Is that
11   right, Mr. Cooper?
12             MR. COOPER:  Your Honor, I don't think we
13   actually set it.  I know we discussed it.  But I don't
14   think we actually went ahead and set --
15             THE COURT:  Okay.  Would that work for you?
16             MR. COOPER:  Oh, yes.  That's fine with me.
17             MR. BOYLE:  Your Honor, we are --
18             THE COURT:  Mr. Boyle, would that work?  I'm
19   sorry.
20             MR. BOYLE:  I'm sorry, Your Honor.  I was saying
21   that we were available then as well.
22             THE COURT:  Okay.  Then let's set a status for
23   April 20th at 1:30.  And I'll issue a written order
24   regarding the status in the detention matter in the
25   meantime.

1          What other things that the government want to

2     try to do today then?  Where are we in terms of discovery

3     and things like that?

4          Mr. MEINERO:  Your Honor, just a couple of

5     things and that is a fine date I believe.  Yes.  It's a

6     fine date for me and my co-counsel.  April 20th at 1:30.

7          Regarding discovery, we gave an update on the

8     status of discovery this past Friday in our last status

9     conference and we talked about the global productions that

10    are being made.  That it's going to take some time before

11    all those productions are transferred over to the defense

12    instances of the online portals -- online work spaces set

13    up for them.

14         I wanted to just put a -- add something to what

15    I said on Friday because Your Honor asked about whether

16    it's the government's expectation that we will have

17    substantially completed the productions by the end of

18    March.  I think it would be more accurate to say that the

19    government will be in a better position then to determine

20    whether the substantial completion of the productions has

21    been made.  But as we've seen sometimes our expectations

22    about when the productions are made have varied.  I just

23    wanted to make that clear to the Court.  We should be in a

24    good position by the end of March with the productions,

25    but we're going to have to make an assessment then whether

1    we have substantially completed the productions.

2              I also mentioned that we do expect probably by

3    the middle of next month that we will begin plea

4    negotiations with both defendants.  And I believe that is

5    all the government has to add.  But we wanted to make that

6    clear about the status of discovery, Your Honor.  As I

7    said last time, we've made significant case specific

8    discovery to counsel for both defendants.  We will

9    continue to do so if there are additional items that come

10   up.

11             THE COURT:  Okay.  All right.  Anything further

12   either defendant wants to -- either defense counsel want

13   to raise today?

14             MR. BOYLE:  Nothing on behalf of Mr. Neefe, Your

15   Honor.

16             MR. COOPER:  Your Honor, I know this is nothing

17   to really do with Mr. Smith.  But I believe Mr. Neefe

18   needs to be arraigned.

19             THE COURTROOM DEPUTY:  Counsel, he has been

20   arraigned.  He was arraigned before the hearing.

21             MR. COOPER:  That's correct.  That's correct.

22   Yes.  I apologize.  I apologize.

23             THE COURT:  Okay.  I'll see y'all April 20th and

24   I'll issue written findings and conclusions after I review

25   everything regarding Mr. Neefe's status in the meantime.

1    Thank you very much, counsel.

2            THE COURTROOM DEPUTY:  Your Honor, do we need to

3    do any type of speedy trial waiver, Your Honor?

4            THE COURT:  Oh.  I assume that both sides are

5    agreeable to waiving speedy trial until April 20th, hoping

6    that there can be -- well, you need additional discovery

7    in any event to be prepared for trial.  I'm assuming that

8    both sides are amenable without my having to go through

9    findings other than -- findings under the Coronavirus

10   exceptions to waive speedy trial until --

11           MR. COOPER:  I think we discussed that on

12   Friday, Your Honor.

13           MR. BOYLE:  Your Honor, we don't object.

14           Mr. MEINERO:  And just to make clear, Your

15   Honor, on behalf of the government, we discussed tolling

16   the computation of time from Friday until today.  But we

17   also ask that the Court will toll --

18           THE COURT:  And we'll toll it until April 20th

19   and I find that the interest of justice and really in both

20   defendants' interest, they need full discovery to figure

21   out their -- any motions they are going to file as well as

22   what is in their own interest to do to have the adequate

23   time and we'll come back April 20th.  Hopefully, we're in

24   a position the government will have made an offer and

25   we'll see where the case is going.  We'll also have enough

1    discovery.  They can figure out what motions they are

2    going to file if they are going to file motions and can

3    set a better schedule then.  All right.  Thanks very much,

4    counsel.

5              Mr. MEINERO:  Thank you very much, Your Honor.

6              MR. COOPER:  Thank you, Your Honor.

7              MR. BOYLE:  Thank you, Your Honor.

8              (Proceedings concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       <u>CERTIFICATE OF REPORTER</u>

2

3              I, Lisa K. Bankins, an Official Court Reporter

4       for the United States District and Bankruptcy Courts for

5       the District of Columbia, do hereby certify that I

6       reported, by machine shorthand, in my official capacity,

7       the proceedings had and testimony adduced upon the motions

8       hearing in the case of the United States of America versus

9       Marshall Neefe and Charles Bradford Smith, Criminal Number

10      21-CR-00567, in said court on the 23rd day of February,

11      2022.

12

13             I further certify that the foregoing 35 pages

14      constitute the official transcript of said proceedings, as

15      taken from my machine shorthand notes, together with the

16      backup tape of said proceedings to the best of my ability.

17

18             In witness whereof, I have hereto subscribed my

19      name, this 7th day of December, 2022.

20

21

22                              Lisa K. Bankins

23                              Lisa K. Bankins
                                Official Court Reporter

24

25

MR. BOYLE: [8]  2/20 4/3 27/23 31/17 31/20
33/14 34/13 35/7
MR. COOPER: [7]  2/17 31/12 31/16 33/16
33/21 34/11 35/6
Mr. MEINERO: [23]  2/12 4/13 7/12 9/13
10/24 12/23 14/4 15/1 19/2 19/6 19/16 19/17
19/20 19/23 20/2 20/4 20/9 20/17 27/18 27/21
32/4 34/14 35/5
MS. LEE: [1]  2/14
THE COURT: [27]  2/8 2/16 2/19 3/1 3/7 4/6
7/9 19/1 19/3 19/9 19/16 19/18 19/22 19/24
20/3 20/5 20/16 27/17 27/20 30/24 31/15 31/18
31/22 33/11 33/23 34/4 34/18
THE COURTROOM DEPUTY: [7]  2/2 2/9
2/23 3/5 3/8 33/19 34/2

**$**

$180 [1]  24/4

**-**

-EE [1]  17/11
-TT [1]  25/17
-UU [1]  25/17
-VV [1]  25/17

**0**

00567 [2]  1/3 36/10

**1**

1-A [1]  8/5
1-AA [1]  16/6
1-B [1]  8/5
1-BB [1]  16/18
1-C [1]  8/5
1-CC [2]  16/18 16/25
1-D [2]  8/6 8/11
1-DD [1]  17/11
1-E [2]  8/15 17/12
1-F [1]  8/18
1-FF [1]  17/14
1-G [3]  8/21 9/1 9/1
1-GG [2]  17/16 27/7
1-H [3]  8/21 9/1 9/4
1-I [2]  9/8 9/13
1-II [1]  20/25
1-J [1]  9/19
1-JJ [2]  21/5 21/12
1-K [2]  9/19 9/23
1-KK [1]  21/13
1-L [1]  10/5
1-M [2]  12/20 12/24
1-N [1]  13/10
1-O [1]  13/18
1-Q [3]  10/20 10/24 11/13
1-QQ [2]  24/21 24/25
1-R [3]  11/12 19/14 24/23
1-S [1]  11/17
1-SS [2]  25/16 25/17
1-T [1]  12/12
1-U [4]  13/24 14/4 15/8 15/11
1-V [2]  15/6 15/11
1-W [1]  15/10
1-WW [1]  26/4
1-X [1]  15/16
1-Y [1]  15/17
1-Z [2]  16/2 16/5
100 [1]  24/6
11 [3]  24/5 24/13 25/22
12 [1]  24/5
120 miles [1]  6/8
14 [2]  4/17 24/16
15 [2]  23/17 26/5
16 [2]  14/8 14/10
18 [4]  4/17 5/16 6/21 7/20

1:30 [4]  1/8 31/8 31/23 32/6
1:45 [1]  31/9

**2**

20 [2]  6/13 24/3
20-CR-27 [1]  4/21
20001 [1]  1/21
2020 [5]  24/5 24/5 24/13 24/16 26/5
2021 [6]  4/17 6/10 7/22 8/5 8/20 22/3
2022 [3]  1/5 36/11 36/19
20th [7]  31/8 31/23 32/6 33/23 34/5 34/18
34/23
21-567 [1]  2/3
21-CR-00567 [2]  1/3 36/10
22nd [1]  8/9
23 [1]  1/5
23rd [1]  36/10
2500 [1]  28/15
27 [1]  4/21
27-second [1]  15/3

**3**

30 [1]  7/2
302 [2]  20/23 21/1
31 [1]  6/14
3142 [13]  5/17 5/19 5/25 6/1 6/5 6/17 6/21 7/20
18/22 18/24 20/17 23/12 26/18
3145 [3]  4/18 4/23 4/25
333 [1]  1/21
35 [1]  36/13

**5**

567 [1]  2/3

**6**

60 [2]  26/10 31/4
6:08 [1]  22/3
6:11 p.m [1]  22/3
6th [9]  8/9 8/18 8/22 25/12 27/6 28/3 29/5
29/12 30/7

**7**

7th [4]  29/5 29/12 30/8 36/19

**A**

AA [1]  16/6
abbreviation [3]  17/22 25/1 25/10
aberration [1]  30/8
abetting [3]  3/13 3/15 3/21
abiding [1]  23/10
ability [1]  36/16
able [4]  11/7 11/18 11/20 12/13
about [37]
above [1]  11/6
Absolutely [1]  7/12
access [1]  28/22
accurate [1]  32/18
acid [1]  24/9
Act [2]  23/20 23/21
acted [2]  30/9 30/9
actions [1]  29/15
activity [1]  29/16
acts [2]  3/22 29/19
actually [7]  15/12 16/15 21/20 26/20 29/14
31/13 31/14
ADAM [2]  1/13 2/13
add [2]  32/14 33/5
addict [1]  23/23
addition [1]  23/24
additional [3]  17/7 33/9 34/6
adduced [1]  36/7
adequate [1]  34/22
admits [1]  21/16
admitted [4]  21/1 21/5 21/21 23/14
advance [1]  14/8

advanced [2]  12/10 13/15
advancing [1]  14/16
after [23]  10/1 11/8 11/17 11/19 12/7 12/13
15/2 15/10 16/12 17/5 17/7 17/15 17/25 20/21
21/9 26/24 26/25 27/2 27/6 28/13 29/12 30/21
33/24
afternoon [4]  2/12 2/17 2/20 27/23
afterwards [1]  18/20
again [2]  12/16 15/5
against [2]  18/24 21/7
agree [1]  29/20
agreeable [1]  34/5
ahead [3]  20/3 20/16 31/14
aiding [3]  3/13 3/15 3/20
all [15]  2/16 3/1 4/5 4/6 20/12 22/13 26/18
27/13 27/17 28/2 30/25 32/11 33/5 33/11 35/3
allow [1]  30/22
almost [1]  18/3
alone [1]  19/19
along [2]  17/25 25/25
also [28]  2/5 2/24 5/24 6/5 6/11 9/22 13/3
13/19 14/12 17/13 17/20 20/22 21/13 21/22
22/1 22/7 22/21 23/2 23/5 23/21 23/25 24/1
24/11 25/2 25/16 33/2 34/17 34/25
although [1]  9/5
always [1]  23/9
amenable [1]  34/8
AMERICA [3]  1/3 2/3 36/8
American [1]  9/3
Americans [1]  29/3
ammunition [1]  23/22
Andre [1]  2/24
another [8]  8/16 12/12 13/18 14/12 15/17
24/14 26/2 31/7
anti [1]  25/20
anti-Semitism [1]  25/20
any [11]  19/4 19/23 26/8 26/17 27/3 28/5 28/7
29/15 34/3 34/7 34/21
anybody [3]  29/15 29/22 30/14
anything [5]  28/8 29/10 29/22 30/1 33/11
anywhere [1]  30/4
apologize [2]  33/22 33/22
apparently [2]  24/6 26/14
appearance [2]  2/10 5/23
APPEARANCES [1]  1/12
appeared [1]  25/23
appears [5]  12/16 15/13 16/7 23/6 24/3
approaching [1]  9/10
appropriate [1]  18/5
approximately [2]  6/8 12/21
April [8]  31/7 31/8 31/23 32/6 33/23 34/5
34/18 34/23
April 20th [6]  31/23 32/6 33/23 34/5 34/18
34/23
AR [1]  23/17
AR-15 [1]  23/17
are [43]
area [7]  9/16 10/13 12/3 14/5 28/15 28/19
30/20
arm [6]  11/14 11/15 15/6 16/7 16/9 29/15
around [3]  7/2 24/10 25/9
arraign [1]  3/3
arraigned [3]  33/18 33/20 33/20
arraignment [1]  2/6
arrest [3]  20/24 30/12 30/13
arrested [1]  29/10
arrow [1]  11/23
as [28]  2/7 2/22 4/14 5/15 9/9 10/25 13/19
13/21 14/16 16/24 18/17 19/25 21/12 22/2 22/7
22/9 22/23 24/18 27/7 27/11 30/6 31/9 31/21
32/21 33/6 34/21 34/21 36/14
aside [4]  11/7 11/8 11/19 14/20
ask [2]  19/1 34/17
asked [2]  24/17 32/15
assault [15]  10/2 10/15 12/19 13/25 16/2 16/11
16/12 16/13 18/10 18/13 18/18 19/12 20/11

**A**

assault... [2] 21/11 26/23
assaulted [2] 21/10 23/7
assaulting [2] 3/13 16/22
assembled [1] 13/1
asserted [1] 5/10
assessment [1] 32/25
Assistant [1] 28/17
associated [2] 22/8 22/9
assume [2] 31/2 34/4
assuming [1] 34/7
atop [1] 11/6
attached [2] 12/1 13/13
attack [1] 7/21
attempt [2] 6/2 29/16
attempting [1] 11/16
attempts [4] 17/3 18/15 18/19 27/1
attending [1] 24/14
attire [1] 10/11
attorney [2] 28/17 31/4
AUSA [1] 2/14
authority [1] 26/8
available [2] 6/23 31/21
Avenue [1] 1/21
aware [1] 7/25
away [5] 11/20 15/12 15/23 15/24 22/14

**B**

back [4] 11/21 15/23 31/6 34/23
backed [2] 15/12 15/24
background [2] 13/7 28/12
backpack [2] 9/2 13/14
backup [1] 36/16
bad [1] 29/20
bail [2] 4/7 4/11
Bankins [4] 1/19 36/3 36/22 36/23
BANKRUPTCY [2] 1/1 36/4
based [2] 5/8 13/13
basis [6] 5/15 5/16 6/4 6/6 6/17 6/18
baton [2] 17/19 27/9
BB [1] 16/18
be [35] 4/11 7/5 7/9 7/11 12/16 13/7 13/8 13/16
14/15 15/19 17/19 21/22 22/5 22/20 23/19
24/19 25/23 27/10 28/22 30/9 30/12 30/14
30/15 30/15 30/16 30/22 31/1 31/7 32/18
32/19 32/23 33/18 34/6 34/7
beat [1] 8/13
because [15] 4/25 5/17 5/19 6/24 7/10 8/23
13/16 14/11 19/20 21/14 25/24 27/13 28/16
31/1 32/15
become [2] 10/14 14/11
been [9] 4/11 5/5 28/24 29/10 29/24 29/25 31/3
32/21 33/19
before [8] 1/10 6/21 10/15 29/6 30/4 30/21
32/10 33/20
began [1] 21/7
begin [1] 33/3
begins [1] 11/9
behalf [5] 2/18 2/21 4/3 33/14 34/15
behavior [1] 30/21
being [3] 14/5 18/5 32/10
believe [4] 30/10 32/5 33/4 33/17
best [2] 23/4 36/16
better [4] 7/9 14/19 32/9 35/3
between [3] 5/3 22/1 24/12
big [1] 25/1
bit [1] 28/12
bitch [1] 9/17
blade [1] 25/7
BLERINA [2] 1/15 2/21
blocked [1] 9/16
blown [2] 15/16 15/18
blown-up [2] 15/16 15/18
boasted [1] 17/13
body [13] 10/5 12/5 12/18 12/25 13/2 13/10

13/17 13/21 16/3 16/19 16/23 16/24 21/22
both [4] 9/11 10/2 28/19 33/4 33/9 34/9 34/9
34/19
bottom [1] 10/8
boy [1] 25/1
BOYLE [4] 1/15 2/21 27/17 31/18
Brad [1] 22/13
Bradford [2] 2/4 36/9
BRADSHAW [1] 1/7
breach [1] 16/13
breached [1] 16/14
break [1] 21/3
bring [2] 8/17 26/21
bringing [6] 8/17 17/21 24/19 25/1 25/13 27/12
brings [1] 8/19
brought [1] 21/21
Brown [2] 4/20 5/3
building [6] 3/16 3/18 3/19 3/21 3/23 3/24
bull [1] 20/15
bullet [2] 26/10 26/14
bumper [1] 26/2
buttoned [1] 11/9
buying [1] 24/3

**C**

called [2] 13/5 28/14
camera [13] 10/6 12/5 12/18 13/2 13/11 13/17
13/22 16/4 16/19 16/23 16/24 21/22 23/1
cameras [2] 12/25 22/15
can [16] 3/2 3/2 6/25 7/1 9/1 10/11 12/9 14/15
19/7 25/4 30/15 30/16 30/25 34/6 35/1 35/2
can't [2] 21/15 25/3
candor [1] 23/6
cannabinoids [2] 23/17 23/25
capacity [1] 36/6
Capitol [29] 3/21 3/22 3/24 7/22 8/17 8/24 9/10
9/16 10/1 10/4 14/1 16/16 17/8 17/15 18/2
18/13 18/16 21/6 21/7 21/9 21/17 21/21 22/25
23/7 26/21 26/24 27/1 27/6 28/5
care [1] 17/22
carries [1] 6/12
carry [1] 6/14
case [9] 2/3 4/19 4/21 6/16 18/2 20/18 33/7
34/25 36/8
cases [2] 30/2 31/4
cast [5] 11/7 11/8 11/18 11/20 14/20
caster [4] 11/3 19/14 19/17 19/20
casters [3] 10/25 11/1 19/19
casts [1] 23/5
caught [1] 29/1
CC [2] 16/18 16/25
cell [1] 9/9
central [2] 29/8 30/13
certain [1] 3/14
certainly [3] 23/18 28/7 29/2
CERTIFICATE [1] 35/9
certification [1] 26/7
certify [3] 26/9 36/5 36/13
chanted [1] 13/4
characteristics [1] 23/11
charged [6] 3/9 5/7 6/15 18/6 20/12 20/14
charges [3] 3/11 4/5 5/20
CHARLES [3] 1/7 2/4 36/9
checked [1] 28/23
chemical [1] 15/14
chickens [1] 25/7
child [1] 29/9
circle [1] 14/13
circled [5] 10/7 13/11 13/19 13/20 15/7 15/9
16/4
Circuit [1] 4/22
circumstances [2] 7/19 30/5
cited [1] 5/16
civil [3] 3/13 18/8 25/20
claim [1] 23/8
clarified [1] 4/15

clasped [1] 17/1
clear [2] 28/2 33/10 34/14
clearer [2] 10/14 14/11
clerk [1] 3/3
close [1] 29/9
closer [1] 21/6
club [13] 8/12 8/16 9/2 9/4 9/5 9/23 9/24 11/25
13/14 16/22 21/18 21/20 21/23
co [6] 8/4 9/6 15/8 16/17 18/10 32/6
co-counsel [1] 32/6
co-defendant [5] 8/4 9/6 15/8 16/17 18/10
college [2] 26/7 28/20
COLUMBIA [3] 1/1 1/20 36/5
come [6] 18/23 25/2 25/6 31/6 33/9 34/23
comes [1] 28/13
coming [1] 14/18
commands [2] 17/3 18/15
comment [1] 24/7
commentary [3] 17/9 18/20 20/21
comments [3] 24/23 25/25 27/2
commie [3] 8/19 9/22 11/25
commies [1] 25/10
commit [1] 6/9
community [3] 27/3 27/15 30/11
compare [2] 11/2 19/14
completed [2] 32/17 33/1
completion [1] 32/20
comprehensive [1] 27/24
computation [1] 34/16
computer [1] 7/18
concern [1] 22/4
concluded [1] 35/8
conclusions [2] 30/25 33/24
conditions [4] 4/8 4/10 30/10 30/22
conduct [8] 3/17 3/21 8/2 8/3 20/13 20/19
23/19 28/5
conference [2] 31/2 32/9
confirmed [2] 22/8 22/11
confrontation [2] 25/3 25/6
connections [3] 6/10 30/19 30/20
consciousness [2] 22/18
considerable [1] 18/7
consistent [2] 11/16 16/9
Conspiracy [1] 3/11
constitute [2] 36/14
Constitution [1] 1/21
contact [5] 14/19 22/2 22/7 22/9 22/23
contacts [1] 30/6
context [1] 26/5
continuation [1] 24/21
continue [1] 33/9
continued [3] 5/15 6/18 26/12
continues [1] 4/11
continuing [1] 15/19
Control [1] 23/21
controlled [4] 23/16 23/20 23/21 23/23
conversation [7] 8/9 17/9 17/16 24/16 24/22
26/13 27/5
conversations [4] 20/20 24/2 24/12 25/18
COOPER [3] 1/17 2/18 31/11
coordinated [1] 18/9
cop [3] 17/18 22/17 27/9
corner [1] 10/8
Coronavirus [1] 34/9
correct [3] 16/21 33/21 33/21
Coudersport [1] 28/14
could [11] 7/2 7/3 11/2 11/24 13/8 13/13 24/8
30/3 30/12 30/16 31/9
counsel [10] 2/5 2/9 2/11 6/23 32/6 33/8 33/12
33/19 34/1 35/4
Count [1] 5/18
country [1] 28/4
Counts [2] 3/9 5/19
county [1] 28/17
couple [3] 19/1 28/1 32/4
coupled [1] 25/21

**C**

course [1] 23/4
court [17] 1/19 1/20 4/19 5/11 6/23 7/6 7/24
8/23 10/8 17/25 27/25 30/13 32/23 34/17 36/3
36/10 36/23
COURTNEY [2] 1/13 2/14
COURTS [2] 1/1 36/4
CR [3] 1/3 4/21 36/10
crime [2] 5/17 18/6
crimes [1] 6/9
Criminal [4] 1/3 2/3 4/20 36/9
crowd [2] 10/10 11/7
culpability [1] 18/2
curious [1] 24/8
cursor [1] 14/9
custody [3] 19/4 29/24 30/3

**D**

D.C [5] 1/4 1/21 8/10 24/18 30/15
dab [1] 24/6
dabs [1] 24/3
danger [4] 26/17 27/3 30/11 30/14
dangerous [7] 3/14 3/16 3/18 3/20 5/21 18/17
23/19
dangerousness [1] 27/14
date [2] 32/5 32/6
day [6] 8/25 17/10 26/12 31/5 36/10 36/19
days [2] 28/3 31/4
DD [1] 17/11
deadly [3] 3/16 3/18 3/20
December [7] 8/8 8/9 24/5 24/5 24/13 26/5
36/19
December 11 [1] 24/5
December 12 [1] 24/5
December 15 [1] 26/5
December 22nd [1] 8/9
deciding [1] 26/20
decision [2] 16/15 18/13
declined [1] 4/24
defendant [13] 1/15 1/17 2/4 2/5 8/4 9/6 15/8
16/17 18/10 20/8 20/10 23/12 33/12
defendant's [1] 26/18
defendants [3] 1/8 33/4 33/8
defendants' [1] 34/20
defending [4] 10/3 12/10 13/3 14/6
defense [9] 4/15 5/8 5/9 6/23 16/20 22/1 23/4
32/11 33/12
defensive [1] 10/7
delay [3] 5/3 5/5 5/10
deleted [2] 22/13 22/13
deliberate [1] 9/24
democratic [2] 7/24 27/16
demonstrating [1] 3/23
demonstration [2] 7/18 25/15
DENNIS [2] 1/15 2/20
Department [2] 10/3 16/19
depict [1] 9/20
depicted [4] 16/25 21/12 27/7 27/11
depicting [1] 20/19
depiction [1] 16/1
deplorable [1] 28/3
descended [1] 28/4
describe [1] 12/23
described [1] 8/13
designed [1] 21/8
desirability [1] 25/20
desire [1] 18/20
detail [4] 7/21 8/7 23/14 25/17
details [1] 8/18
detained [3] 6/25 18/5 20/12
detention [11] 4/17 5/4 5/6 5/16 5/23 5/25 6/4
6/6 6/18 18/22 31/24
determine [1] 32/19
determining [1] 5/2
did [11] 5/24 7/5 15/21 15/22 16/13 16/17

**16/25 17/5 26/1 29/1 29/22**
didn't [2] 4/18 28/23
different [3] 13/24 20/13 20/19
differentiate [1] 18/1
dimensions [2] 19/4 19/7
discourse [1] 28/8
discovery [9] 5/7 32/2 32/7 32/8 33/6 33/8 34/6
34/20 35/1
discuss [1] 7/5
discussed [5] 8/1 8/6 31/13 34/11 34/15
discussing [1] 26/6
discussions [1] 30/1
disorder [2] 3/13 18/8
disorderly [2] 3/17 3/21
displaying [1] 7/17
disregard [1] 18/14
disregarded [1] 17/3
disregarding [1] 26/25
disregards [1] 18/18
disrupt [1] 21/3
disruptive [1] 3/17
distinguish [1] 18/16
distinguishes [1] 18/4
DISTRICT [11] 1/1 1/1 1/1 1/20 1/20 5/24
6/11 23/15 28/17 36/4 36/5
do [25] 2/6 3/25 4/1 5/10 6/17 6/25 16/17 19/4
19/6 20/2 20/5 20/8 22/15 24/18 31/1 31/3 31/9
32/2 33/2 33/9 33/17 34/2 34/3 34/22 36/5
does [3] 4/25 7/6 21/23
doing [4] 6/21 9/14 23/1 31/3
don't [8] 5/9 17/22 19/24 19/25 20/9 31/12
31/13 34/13
done [1] 17/9
door [1] 21/6
doubt [1] 23/5
down [10] 9/17 9/25 11/9 11/10 11/24 12/14
15/25 17/19 18/21 27/10
drive [6] 11/10 12/13 17/4 18/15 18/19 27/1
driving [1] 11/21
drug [2] 30/17 30/17
dude [1] 17/18 27/8
during [5] 14/18 18/12 22/3 23/14 29/14

**E**

earlier [2] 4/16 17/10
east [1] 14/1
EE [1] 17/11
effect [2] 24/7 26/10
eight [4] 3/9 5/20 29/14 29/14
either [3] 28/25 33/12 33/12
election [3] 24/15 26/9 28/25
electoral [1] 26/7
elevated [1] 10/13
elevation [2] 10/18 11/6
Eleven [1] 3/9
else [2] 7/24 30/2
elsewhere [1] 22/6
emails [5] 29/5 30/8
embarrassed [1] 28/9
emerged [3] 12/3 12/8 13/6
emphasize [1] 28/2
end [2] 32/17 32/24
enforcement [1] 18/17
engage [2] 18/8 29/15
engaged [5] 8/4 8/8 17/8 18/7 20/12
engaging [2] 3/19 25/14
enough [1] 34/25
ensure [1] 30/11
enter [3] 4/4 16/16 18/13
entered [2] 10/1 21/9
entering [3] 3/15 9/10 26/24
entry [1] 21/8
epitome [1] 27/14
especially [2] 22/16
espoused [1] 25/19
ESQUIRE [5] 1/13 1/13 1/15 1/15 1/17

**essentially [1]** 21/16
even [5] 4/8 5/7 7/25 9/4
evening [2] 22/3 26/12
event [6] 7/22 20/22 28/3 28/13 29/4 34/7
events [2] 29/11 30/7
eventually [1] 11/5 14/12 16/14
ever [2] 28/23
every [4] 17/10 17/18 18/3 27/9
everyone [1] 7/24
everything [2] 22/13 33/25
evidence [19] 7/3 7/4 7/4 13/15 15/20 17/7
18/23 18/25 19/25 20/18 21/24 22/1 22/18
22/20 23/7 23/24 23/25 25/12 26/19
evidenced [1] 18/18
exceptions [1] 34/10
excerpt [1] 20/25
excerpts [1] 20/23
exchange [1] 24/4
excuse [1] 28/5
exhibit [53]
exhibits [8] 8/5 8/21 9/1 9/19 16/18 17/11
17/11 25/17
expect [1] 33/2
expectation [1] 32/16
expectations [1] 32/21
explain [1] 28/6
expressed [2] 17/12 22/25
expressing [1] 22/4
extended [1] 30/3
extensive [1] 6/24
extraordinary [2] 26/20 26/22
extremist [1] 25/19

**F**

fabricated [1] 8/16
face [5] 9/6 15/13 15/14 16/8 22/16
Facebook [6] 8/7 17/16 20/20 24/2 25/18 26/4
facing [2] 6/11 14/1
fact [2] 27/2 29/13
Factor [1] 17/23
factors [3] 6/20 18/1 18/3
fairly [1] 27/24
family [4] 23/3 23/9 30/7 30/19
far [1] 22/12
fascism [1] 25/19
Fassler [2] 4/22 4/24
favors [1] 18/22
FBI [4] 20/23 21/12 22/8 22/11
FCRR [1] 1/19
February [2] 1/5 36/10
feels [1] 28/8
feet [1] 10/17
felonies [3] 6/11 6/13 18/6
felony [1] 5/20
few [5] 10/12 10/17 11/6 15/10 25/9
FF [1] 17/14
fiancee [1] 29/8
fifth [2] 4/21 18/17
figure [1] 11/24 34/20 35/1
file [3] 34/21 35/2 35/2
filed [2] 4/16 27/24
filing [4] 4/23 5/1 5/4 5/12
final [1] 13/23
find [1] 34/19
findings [4] 30/25 33/24 34/9 34/9
fine [3] 31/16 32/5 32/6
firearm [1] 23/22
first [8] 3/4 3/6 4/9 10/19 17/14 18/5 28/2
28/17
five [4] 5/5 5/19 25/7 29/25
flag [5] 9/3 9/5 11/25 13/13 21/19
flee [1] 29/17
gen [2] 29/17
flight [6] 6/1 6/7
focus [2] 7/3 8/2
Focusing [1] 8/3
follow [1] 4/24

**F**

following [1] 3/11
footage [2] 22/12 23/1
forced [1] 15/25
foregoing [1] 36/13
foreground [1] 13/8
form [1] 7/10
formal [2] 3/25 4/4
forth [1] 4/25
forward [3] 11/4 13/9 14/17
found [1] 5/11
four [3] 8/12 8/12 20/19
Fourteen [1] 3/10
Fourth [1] 18/11
frame [15] 10/25 11/1 13/12 13/25 14/5 14/22 15/7 15/9 15/17 16/2 16/3 16/3 16/10 16/13 18/11
frames [1] 15/10
free [1] 29/13
Friday [4] 32/8 32/15 34/12 34/16
front [13] 5/13 10/4 10/10 10/11 10/12 10/17 11/3 12/15 13/2 13/3 16/7 18/11 20/7
fuck [1] 9/17
fucking [3] 13/6 17/20 27/11
fucks [1] 8/14
full [1] 17/10 34/20
fuller [2] 9/21 9/22
further [12] 13/15 16/15 17/8 18/13 21/24 26/21 26/24 26/25 27/2 31/2 33/11 36/13

**G**

gain [1] 21/8
gathered [1] 10/10
gave [1] 32/7
German [2] 24/8 24/9
gesture [1] 9/24
get [9] 7/12 14/19 17/17 19/12 22/20 25/9 27/8 29/1 30/4
getting [1] 12/16
GG [2] 17/16 27/7
give [1] 19/8
global [1] 32/9
go [13] 4/9 7/1 7/20 20/3 20/16 20/22 22/21 23/13 25/6 25/16 28/18 28/19 34/8
goes [2] 22/14 25/8
going [27] 7/12 7/14 8/10 9/8 10/19 10/21 12/18 12/20 14/1 14/8 14/9 14/22 17/17 25/10 26/22 27/8 27/18 27/25 29/25 31/3 31/6 32/10 32/25 34/21 34/25 35/2 35/2
good [7] 2/12 2/17 2/20 5/10 7/11 27/23 32/24
got [2] 7/10 21/16
gotten [2] 15/14 21/19
government [17] 1/13 2/11 4/9 5/7 5/24 7/7 7/15 7/17 7/18 29/16 30/1 31/2 32/1 32/19 33/5 34/15 34/24
government's [1] 32/16
grab [2] 8/11 11/16
grabbing [1] 16/9
grasped [2] 15/21 15/23
grasping [1] 15/6
great [2] 7/21 7/23
green [1] 15/9
grounds [10] 3/16 3/18 3/20 3/22 3/22 8/25 9/10 10/2 26/22 26/23
group [4] 13/1 21/2 21/7 29/1
guess [2] 30/25 31/8
guilt [1] 22/18
guilty [1] 4/5
gun [3] 17/21 23/21 27/12

**H**

had [15] 8/10 10/10 17/9 17/18 20/20 21/18 21/19 23/6 25/5 26/8 27/5 27/9 28/22 29/10 36/7
hand [12] 14/9 14/11 14/15 14/16 14/24 15/2

15/3 15/6 15/6 15/15 15/17 15/18
handgun [1] 23/21
handheld [1] 20/8
hands [1] 15/9 17/1
happened [1] 21/20
hardworking [1] 29/7
has [22] 4/11 5/5 5/9 5/11 6/10 9/2 15/9 17/25 22/8 22/11 23/9 25/19 27/25 28/24 29/8 29/9 29/21 29/24 31/1 32/20 33/5 33/19
have [35] 2/5 4/8 4/9 6/22 6/22 7/6 7/10 11/22 13/11 13/23 14/6 14/12 15/5 15/14 18/20 19/6 19/25 21/24 22/1 22/23 22/23 24/17 24/18 25/6 25/16 28/20 31/3 32/16 32/22 32/25 33/1 34/22 34/24 34/25 36/18
having [1] 34/8
he [110]
he's [5] 5/17 9/2 18/5 29/18 29/21
head [7] 11/2 11/4 16/7 19/21 21/2 26/11 26/14
hear [1] 3/2
heard [1] 17/15
hearing [6] 1/10 5/23 7/18 29/24 33/20 36/8
heaviness [1] 19/18
heavy [3] 19/9 19/10 19/12
held [1] 4/11
helping [1] 13/9
her [2] 22/25 23/8
here [19] 4/7 5/5 6/7 8/23 10/9 11/22 13/1 15/5 16/6 21/15 21/16 22/19 25/4 26/19 28/6 29/21 29/23 31/5 31/9
hereby [1] 36/5
hereto [1] 36/18
HH [1] 27/12
high [1] 24/9
him [13] 3/2 10/18 11/16 16/9 18/16 18/19 18/21 21/23 23/1 27/1 29/4 29/10 30/22
himself [4] 10/10 17/1 18/4 18/14
his [56]
history [3] 7/23 23/11 28/4
hits [1] 24/3
hold [2] 11/16 15/22
holding [2] 4/22 9/4
home [2] 6/8 21/18
home-made [1] 21/18
honest [1] 28/22
Honor [64]
HONORABLE [1] 1/10
hope [4] 22/15 22/25 25/8 25/9
Hopefully [1] 34/23
hoping [1] 34/5
horn [1] 20/15
hostility [1] 18/17
house [2] 30/12 30/13
household [1] 22/10
how [9] 4/1 7/7 7/21 8/24 9/21 17/13 22/22 24/8 30/2
However [1] 4/24
huge [1] 10/25
hurled [2] 17/18 27/9

**I**

I'd [2] 6/21 28/11
I'll [5] 7/14 30/24 31/23 33/23 33/24
I'm [24] 7/12 7/14 9/8 10/19 10/21 12/18 12/20 14/1 14/8 14/9 14/22 15/11 17/20 19/12 19/13 20/14 21/14 24/13 27/12 27/18 27/25 31/18 31/20 34/7
I-HH [1] 27/12
ideations [1] 25/21
IDEC [3] 17/21 17/21 27/12
identified [7] 11/22 12/14 22/2 22/5 22/7 22/9 22/23
II [1] 20/25
illegal [1] 24/17
immovable [2] 17/1 18/14
impeding [1] 3/14
important [1] 8/23

included [1] 20/22
including [2] 6/11 18/12
incriminating [1] 22/20
indicate [2] 25/18 30/21
indicating [1] 22/19
indictment [4] 3/10 4/1 4/4 5/18
individual [4] 8/16 20/6 20/15 29/7
individual's [1] 19/21
individuals [3] 11/3 20/11 27/15
infer [1] 12/9
information [2] 19/7 22/24
initial [1] 5/23
initially [2] 4/7 4/12
injure [1] 6/3
inside [8] 16/20 21/17 21/21 21/22 22/15 22/25 23/7 25/5
instance [1] 25/22
instances [1] 32/12
interest [4] 28/23 34/19 34/20 34/22
Internet [1] 17/22
interview [1] 23/15
interviewed [1] 19/11
intimidate [1] 6/3
introduces [1] 2/6
involve [1] 5/20
involved [2] 20/14 28/6
involvement [1] 16/1
involving [1] 6/1
irritant [1] 15/14
irritated [1] 15/13
is [133]
isolated [1] 28/16
issuance [2] 5/3 5/6
issue [3] 30/25 31/23 33/24
issued [1] 4/17
issues [1] 30/18
it [44]
it's [16] 3/4 8/23 13/12 15/1 16/8 17/17 22/22 24/17 25/24 27/7 28/15 28/15 28/19 32/5 32/10 32/16
items [1] 33/9
its [3] 4/14 4/15 5/8
itself [1] 8/20
IV [1] 5/18

**J**

jacket [4] 8/25 11/25 13/14 16/7
January [16] 6/10 7/22 8/5 8/9 8/18 8/19 8/22 22/2 25/12 27/6 28/3 29/5 29/5 29/12 29/12 30/7
January 6 [4] 6/10 7/22 8/5 8/19
January 6th [9] 8/9 8/18 8/22 25/12 27/6 28/3 29/5 29/12 30/7
January 7 [1] 22/2
JASARI [2] 1/15 2/21
JJ [2] 21/5 21/12
joking [1] 25/23
JUDGE [1] 1/11
judicial [1] 6/16
just [6] 5/13 20/18 32/4 32/14 32/22 34/14
justice [3] 6/2 22/22 34/19

**K**

keep [1] 6/25
kept [2] 15/15 17/2
killed [1] 25/7
kind [1] 28/15
kinds [1] 20/13
KK [1] 21/13
knew [1] 17/20
knife [3] 24/18 24/20 24/25
knocked [2] 21/17 21/19
knocker [3] 8/19 9/23 11/25
know [19] 6/10 7/24 19/11 19/24 19/25 20/5 20/8 20/9 20/10 21/20 27/25 28/9 29/2 29/3 29/25 30/16 31/13 33/16

**K**

known [1] 22/23

**L**

labeled [1] 7/15
LAMBERTH [1] 1/10
language [1] 24/10
large [5] 10/25 13/6 14/5 21/1 24/25
last [6] 4/15 4/20 13/19 26/16 32/8 33/7
later [3] 12/7 26/12 27/11
laughing [1] 22/14
law [2] 18/17 23/10
law-abiding [1] 23/10
layout [1] 10/9
lead [1] 10/13
Leader [1] 26/15
leading [2] 8/5 8/8
least [3] 5/6 15/23 19/11
leave [1] 17/5
led [2] 23/9 29/4
LEE [2] 1/13 2/14
left [6] 13/7 14/16 15/8 16/7 17/8 27/6
legally [1] 21/11
lengthiest [1] 17/24
less [4] 9/11 10/21 14/2 30/14
lessons [1] 24/9
let [3] 4/8 19/1 25/4
let's [2] 25/8 31/22
level [6] 10/12 10/16 12/5 12/16 13/16 13/21
lie [1] 25/11
life [2] 23/10 30/6
lifetime [1] 30/20
like [11] 6/21 7/7 9/23 10/8 19/5 26/13 28/2
  28/8 28/11 30/2 32/3
limit [1] 5/11
line [17] 2/18 2/22 10/2 10/7 11/5 11/19 12/10
  13/3 14/6 14/17 16/13 16/14 17/10 20/22 20/22
  21/4 25/7
lined [3] 17/19 18/20 27/10
Lisa [4] 1/19 36/3 36/22 36/23
literally [1] 9/15
little [2] 12/24 28/11
live [1] 29/9
lived [2] 29/7 29/8
lives [1] 22/10
LOL [3] 25/1 25/1 25/9
long [4] 9/11 10/21 12/21 14/2
longer [2] 14/24 15/3
looked [4] 8/24 9/22 9/23 17/25
looks [4] 19/9 19/10 26/13 30/2
lost [1] 21/19
lot [4] 17/25 28/19 28/20 28/20
loud [1] 25/2
loved [1] 23/5
lower [4] 10/16 12/5 12/15 19/15
LSD [3] 24/1 24/3 24/6
lynching [1] 25/23

**M**

maced [1] 27/9
machine [2] 36/6 36/15
made [13] 6/22 16/15 17/19 20/24 21/5 21/18
  24/7 24/23 32/10 32/21 32/22 33/7 34/24
magistrate [1] 4/12
Majority [1] 26/15
make [11] 4/10 17/1 17/14 25/8 26/21 27/10
  30/17 32/23 32/25 33/5 34/14
making [1] 18/14
mandatory [1] 30/17
maple [1] 8/12
March [2] 32/18 32/24
mark [1] 15/3
marked [1] 7/18
MARSHALL [5] 1/5 2/4 2/21 3/8 36/9
mass [1] 25/14

material [1] 28/21
matter [3] 9/10 36/9 36/24
maximum [1] 6/13
may [1] 22/20
McConnell [2] 26/13 26/15
me [9] 3/2 4/8 7/9 19/1 22/13 25/4 25/5 31/16
  32/6
mean [2] 15/11 29/24
meantime [2] 31/25 33/25
mechanical [1] 1/24
media [1] 22/14
MEINERO [2] 1/13 2/13
members [4] 13/8 23/3 23/9 30/7
memorandum [1] 27/24
mention [1] 26/1
mentioned [1] 33/2
merely [1] 15/21
merits [1] 5/12
message [2] 26/4 26/5
messages [2] 22/1 22/6
metal [5] 10/25 13/6 13/25 14/5 18/11
Metropolitan [2] 10/3 16/19
microphone [1] 20/7
middle [3] 5/23 23/15 33/3
might [3] 15/13 21/10 23/19
miles [1] 6/8
millimeter [1] 23/18
minute [3] 9/11 10/21 14/2
minutes [2] 7/2 12/21
Miranda [1] 20/24
Mitch [1] 26/15
mob [3] 13/1 13/8 28/4
mom [8] 22/2 22/7 22/9 22/12 22/14 22/22
  22/23 23/6
momentarily [1] 15/22
month [1] 33/3
months [7] 5/5 5/5 5/7 29/14 29/14 29/25 29/25
more [10] 7/6 16/1 17/17 19/4 27/8 28/9 28/9
  28/9 28/12 32/18
mother [1] 22/10
motion [10] 4/7 4/16 4/23 5/1 5/2 5/4 5/8 5/12
  5/13 6/25
motions [5] 1/10 34/21 35/1 35/2 36/7
move [5] 5/24 13/9 17/24 25/4 25/5
moved [1] 14/5
movements [1] 18/12
moving [1] 14/17
Mr [68]
Mr. [38]
Mr. Boyle [2] 27/17 31/18
Mr. Cooper [1] 31/11
Mr. Marshall [1] 3/8
Mr. Neefe [19] 2/7 9/4 9/20 9/21 11/22 12/8
  12/14 13/12 15/21 18/4 22/12 23/9 23/14 24/22
  24/23 25/6 25/23 27/13 29/7
Mr. Neefe's [6] 5/15 8/2 14/23 16/1 20/19
  22/10
Mr. Sidbury [1] 2/23
Mr. Smith [6] 9/25 15/12 31/9 31/10 31/10
  33/17
Mr. Smith's [1] 31/4
Mr. Trump [1] 28/25
much [8] 23/14 24/8 25/17 27/22 28/1 34/1
  35/3 35/5
multiple [1] 6/11
my [17] 4/12 7/14 14/9 17/18 21/15 22/13 25/1
  25/7 26/2 27/9 27/21 32/6 34/8 36/6 36/15
  36/16 36/18

**N**

name [1] 36/19
named [1] 8/18
nation's [1] 7/23
nature [1] 7/19 26/16
Nazism [1] 25/19
need [5] 2/6 26/10 34/2 34/6 34/20

needs [2] 26/14 33/18
Neefe [68]
Neefe's [16] 5/15 8/2 8/3 11/15 14/10 14/15
  14/23 15/2 15/3 15/16 16/1 20/19 22/10 23/6
  28/12 33/25
neglected [1] 5/22
negotiate [1] 24/3
negotiated [1] 24/4
negotiations [1] 33/4
never [4] 21/9 28/24 29/10 30/9
news [2] 17/15 28/21
Newville [1] 6/8
next [6] 14/14 14/23 17/21 22/14 27/12 33/3
NGL [2] 25/10 25/10
night [1] 27/6
nine [1] 23/18
no [17] 1/3 5/11 6/10 14/24 15/3 19/24 22/12
  22/15 23/1 25/25 28/5 28/8 28/23 29/15 29/17
  30/1 30/17
normal [1] 28/7
norms [1] 27/1
not [36] 4/5 4/25 6/16 7/5 12/11 15/21 15/22
  16/13 16/17 16/21 17/5 18/9 19/6 20/1 20/2
  20/15 21/10 21/23 23/19 23/24 24/11 25/10
  25/12 25/24 26/8 27/14 27/15 27/25 28/6 28/7
  28/19 28/20 29/2 29/21 30/9 30/11
note [8] 5/3 5/13 5/22 6/22 9/13 10/9 23/2
  25/22
notereading [1] 1/24
notes [1] 36/15
nothing [2] 33/14 33/16
November [3] 8/8 24/13 24/16
November 11 [1] 24/13
November 14 [1] 24/16
now [8] 4/12 6/20 7/13 7/17 10/22 12/20 14/2
  29/24
number [5] 4/21 18/1 22/8 22/9 36/9
NW [1] 1/21

**O**

oak [1] 8/12
object [3] 17/1 18/14 34/13
obscuring [1] 16/8
obstruct [5] 3/11 6/2 6/2 18/8 22/21
obstructed [3] 9/6 13/12 21/15
obstructing [1] 16/8
obstruction [3] 3/12 6/12 6/15
obviously [1] 30/9
occurred [1] 7/25
off [2] 9/16 11/10
offense [1] 7/19
offer [1] 34/24
officer [8] 11/9 13/2 13/17 13/21 16/20 19/11
  22/25 23/7
officer's [2] 12/19 12/25
officers [29] 3/14 10/3 10/6 10/13 10/17 11/5
  11/7 11/18 11/20 12/8 12/11 12/13 13/4 13/4
  14/6 14/18 14/19 14/20 14/21 15/24 16/11
  16/22 17/3 18/15 18/21 21/8 21/10 26/23 27/1
officers' [1] 16/14
official [8] 3/11 3/12 6/12 6/15 36/3 36/6 36/14
  36/23
Oh [2] 31/16 34/4
okay [16] 2/8 2/19 3/3 3/7 4/6 20/3 20/16 25/4
  27/20 28/7 29/22 30/24 31/15 31/22 33/11
  33/23
once [3] 2/5 14/20 15/24
one [19] 3/9 6/25 10/6 10/19 12/25 13/5 16/1
  18/3 19/11 19/13 20/15 23/5 24/18 25/22 25/25
  26/9 27/9 28/3 28/8
online [2] 32/12 32/12
only [9] 5/1 17/17 18/9 23/19 23/24 25/13 27/7
  27/14 27/15
open [2] 7/15 10/20
opening [1] 4/14
opposed [1] 18/21

**O**

opposite [2] 14/21 14/22
opposition [9] 4/15 5/16 7/5 8/1 8/6 21/25
23/13 24/12 27/24
order [4] 4/17 5/4 5/6 31/23
other [9] 6/13 7/4 19/23 23/8 27/14 31/4 31/5
32/1 34/9
others [5] 13/4 18/4 18/9 18/10 20/14
our [14] 4/15 5/16 6/4 6/18 6/24 7/5 7/23 7/23
8/1 8/6 21/25 27/15 32/8 32/21
out [9] 17/4 18/15 18/16 18/19 25/2 27/1 29/14
34/21 35/1
outcomes [1] 26/6
outlined [4] 11/13 11/23 12/15 23/12
outside [2] 8/24 16/10
over [6] 11/4 21/2 21/17 21/19 29/24 32/11
overthrow [1] 29/16
overwhelming [1] 20/18
own [4] 17/2 17/20 27/11 34/22

**P**

p.m [2] 1/8 22/3
pages [1] 36/13
papers [1] 4/8
parading [1] 3/23
Pardon [1] 25/5
parents [1] 29/9
part [5] 16/8 17/24 21/2 21/7 21/14
partially [1] 13/12
participant [1] 12/11
participated [2] 10/2 20/11
participating [1] 26/23
participation [3] 17/12 18/12 29/4
particular [2] 20/9 29/23
passed [3] 11/4 12/7 21/2
passing [1] 11/4
passive [1] 12/11
past [1] 32/8
pay [1] 29/21
peaceful [2] 23/9 30/21
penalty [1] 29/21
Pence [2] 17/15 26/8
Pennsylvania [8] 5/24 6/9 23/16 28/14 28/24
29/8 29/18 30/14
people [4] 13/1 28/18 28/19 28/20
pepper [3] 11/10 12/17 15/25
perfectly [1] 28/22
period [1] 30/3
person [6] 6/2 13/5 20/5 25/23 26/17 27/3
person's [2] 11/2 26/3
perspective [2] 12/19 13/25
PETER [2] 1/17 2/17
phone [1] 9/9
photo [6] 9/7 22/5 22/13 24/6 25/24 26/1
physical [2] 3/19 3/22
picketing [1] 3/23
picture [7] 8/15 9/21 9/22 19/13 22/6 24/22
24/24
picture Mr [1] 8/15
pictured [1] 25/25
pinpointed [3] 11/12 14/7 15/5
pissing [1] 22/16
place [2] 10/16 28/16
placed [1] 30/12
plaid [5] 8/25 11/25 13/14 14/12 16/6
planning [5] 8/4 8/7 18/7 20/21 26/20
play [8] 9/8 10/19 10/21 11/14 12/20 13/23
14/1 14/23
played [5] 9/12 10/23 12/22 14/3 14/25
plea [2] 4/5 33/3
plead [1] 4/2
pleading [1] 4/16
please [1] 2/9
pocket [1] 24/19
point [8] 7/17 11/18 14/14 15/1 15/12 19/8

21/17 26/9
pointing [1] 11/23
police [6] 10/3 16/19 20/7 21/3 21/8 21/10
political [3] 24/15 25/14 28/8
politics [1] 28/23
population [1] 28/14
portals [1] 32/12
portion [3] 9/5 15/18 16/5
posed [2] 7/23 26/17
position [3] 32/19 32/24 34/24
positioned [3] 10/9 10/14 13/3
possessed [1] 23/17
possessing [2] 23/20 24/1
possession [2] 5/20 23/22
post [2] 20/24 20/24
post-arrest [1] 20/24
post-Miranda [1] 20/24
posted [3] 22/5 24/5 25/25
potential [2] 19/23 26/6
potentially [1] 25/14
Power [1] 7/17
preceded [2] 13/7
predicted [1] 17/17
preference [1] 7/7
preparation [2] 20/21 26/19
prepared [2] 6/22 34/7
present [2] 2/18 2/24
presentation [8] 6/22 6/24 7/2 7/4 7/6 7/15 8/1
17/24
President [1] 26/8
pressed [1] 17/2
Pressman [2] 18/3 18/4
Pretrial [2] 2/24 23/15
pride [1] 17/12
primary [2] 6/4 6/18
prior [5] 12/4 18/7 26/19 28/12 29/11
probably [2] 31/8 33/2
proceed [1] 7/8
proceeding [5] 3/12 6/12 6/15 6/16 18/8
proceedings [6] 1/24 3/12 35/8 36/7 36/14
36/16
processes [1] 7/24
produced [2] 12/4 5/7
productions [7] 32/9 32/11 32/17 32/20 32/22
32/24 33/1
prohibits [1] 23/22
promptness [2] 4/23 5/2
propelled [1] 11/5
protruding [1] 9/2
proud [1] 29/3
proximity [1] 29/10
public [1] 9/16
punching [3] 16/21 22/17 22/24
purpose [1] 8/17
pushing [1] 16/21 21/7
pussy [2] 17/18 27/8
put [5] 17/19 18/20 27/10 30/16 32/14

**Q**

QQ [2] 24/21 24/25
question [1] 26/3
questions [2] 19/1 19/23
quicker [1] 17/25
quite [1] 17/5

**R**

racism [1] 25/20
racist [1] 29/1
raise [1] 33/13
raised [4] 11/14 11/15 16/7 16/9
raising [1] 9/24
rally [2] 24/14 24/15
RDR [1] 1/19
read [5] 17/10 21/15 25/3 27/25 28/21
reading [1] 3/25 4/4
realize [1] 4/19

really [4] 13/1 28/22 33/17 34/19
reason [1] 31/22
reasons [1] 5/10
recent [1] 23/23
recognize [2] 5/10 8/24
recognized [1] 4/21
record [6] 2/3 2/10 9/15 10/24 12/23 30/24
recorded [1] 1/24
records [1] 8/7
red [5] 8/25 11/24 13/14 14/11 16/6
reference [1] 11/1
referring [2] 25/24 26/14
regarding [5] 22/24 24/24 31/24 32/7 33/25
registered [1] 28/24
related [2] 24/15 26/7
relative [3] 10/17 18/1 19/12
release [1] 26/18
released [2] 27/4 30/22
remain [1] 18/5
remained [1] 29/17
remaining [1] 3/15
remains [1] 11/15
remember [1] 12/4
replied [2] 22/14 25/8
reply [2] 4/14 22/22
reported [1] 36/6
Reporter [4] 1/19 36/1 36/3 36/23
representations [2] 4/10 23/3
Republicans [1] 26/10
requirement [2] 4/23 5/1
requires [1] 5/2
resistance [1] 18/18
resisted [1] 17/2
resisting [2] 3/13 26/25
resolve [1] 30/2
response [1] 26/2
restate [1] 28/1
restricted [4] 3/16 3/17 3/19 30/16
retain [1] 24/8
return [1] 27/5
review [5] 4/7 4/12 4/16 30/24 33/24
reviewed [1] 21/24
rid [1] 22/20
right [12] 2/16 3/1 4/6 7/13 10/8 11/8 11/14
16/9 27/17 31/11 33/11 35/3
riot [3] 7/21 17/13 18/12
rioters [6] 11/10 11/21 12/14 17/4 18/2 18/15
risk [5] 5/25 6/1 6/7 22/21 22/21
RMR [1] 1/19
rolls [1] 28/23
rope [1] 26/1
rotunda [5] 16/20 18/16 18/19 21/14 21/23
ROYCE [1] 1/10
rule [1] 4/24
run [1] 29/17
rural [2] 28/15 28/19

**S**

said [16] 17/14 17/20 21/9 21/11 24/18 24/19
25/2 25/6 26/1 26/13 27/11 32/15 33/7 36/10
36/14 36/16
same [5] 12/13 13/16 13/19 13/21 23/17
say [1] 32/18
saying [3] 9/17 9/25 31/20
schedule [1] 35/3
scheduled [1] 24/16
screamed [1] 13/5
screen [25] 7/13 7/13 8/6 8/21 9/19 9/21 10/5
10/8 11/13 11/17 12/4 12/6 12/12 13/7 13/10
13/18 15/7 15/11 15/17 16/3 16/5 16/18 16/23
21/15 27/21
second [3] 3/4 15/3 18/7
secondary [1] 6/6
Secondly [1] 28/11
seconds [11] 9/25 11/15 14/8 14/10 14/15
14/18 14/23 15/2 15/10 15/24 17/5

**S**
section [6] 4/18 5/1 5/25 7/20 23/12 26/18
Sections [1] 5/17
see [13] 3/2 9/1 10/11 11/2 14/11 14/16 14/21 19/16 23/4 24/8 25/4 33/23 34/25
seeking [3] 5/15 6/4 6/6
seen [5] 13/9 14/15 16/6 16/22 32/21
Semitism [1] 25/20
semper [1] 9/17
Senate [1] 26/15
sense [3] 8/13 14/19 19/8
sent [1] 30/8
sentence [1] 6/13
sentences [1] 6/14
September [2] 4/17 29/13
September 14 [1] 4/17
serious [3] 5/25 6/1 6/7
seriously [1] 6/24
seriousness [1] 26/17
Services [2] 2/4 23/15
set [9] 4/25 31/1 31/8 31/10 31/13 31/14 31/22 32/12 35/3
SETH [2] 1/13 2/12
Seven [1] 5/19
several [7] 6/13 11/15 17/5 18/6 20/10 20/13 28/18
severe [1] 27/3
shameful [1] 7/22
share [3] 7/13 7/13 7/14
shared [3] 8/15 21/25 24/22
sharing [2] 27/18 27/21
she [3] 22/10 22/25 23/6
shirt [1] 11/9
shit [2] 17/18 27/8
shocking [1] 7/22
shorthand [2] 36/6 36/15
shot [14] 10/5 11/13 11/17 12/5 12/6 12/12 13/10 13/18 15/7 15/11 15/16 15/18 16/3 16/5
shots [6] 8/7 8/22 9/19 9/21 16/18 16/23
should [2] 8/11 32/23
show [8] 10/15 12/18 19/13 19/13 19/18 20/20 21/23 27/2
showed [5] 10/24 12/24 14/4 20/18 20/20
showing [2] 8/22 15/18
shown [1] 16/21
shows [5] 12/6 15/12 15/20 16/24 22/18
sick [1] 9/17
Sidbury [2] 2/23 2/24
side [1] 14/22
sides [2] 34/4 34/8
sign [37]
significant [7] 6/14 7/3 8/4 12/2 16/15 29/6 33/7
simply [2] 15/22 18/24
since [3] 5/5 5/7 21/24
sir [2] 19/2 19/23
situated [1] 10/11
six [3] 5/19 25/8 29/25
size [4] 11/1 19/14 19/17 19/21
sleeve [1] 14/12
slight [1] 11/6
slightly [1] 10/13
slogan [1] 8/13
smack [1] 25/9
small [1] 28/13
smartphone [1] 22/14
SMITH [26] 1/7 1/17 2/5 2/18 8/4 8/10 9/14 9/25 10/1 15/8 15/12 16/7 17/8 18/10 24/12 24/17 24/19 24/23 25/8 26/6 26/9 31/9 31/10 31/10 33/17 36/9
Smith's [3] 9/6 9/9 31/4
smooth [1] 25/8
so [19] 4/1 4/8 6/21 8/1 12/6 12/19 15/13 15/20 17/23 18/21 19/24 21/15 21/19 22/11 22/12 25/12 27/25 31/6 33/9

social [1] 22/14
some [12] 6/11 8/18 8/18 10/18 15/4 15/12 15/14 17/5 17/13 19/18 20/12 21/17 23/5 23/6 32/10
something [6] 8/14 16/16 22/5 24/11 29/2 32/14
sometimes [1] 32/21
sophistication [1] 28/20
sorry [6] 15/11 21/14 24/13 28/9 31/19 31/20
sound [1] 7/14
Source [1] 10/20
sources [1] 28/21
space [1] 17/4
spaces [1] 32/12
speak [1] 28/16
specific [3] 8/2 8/3 33/7
speedy [3] 34/3 34/5 34/10
spend [1] 30/3
spray [3] 11/10 12/17 15/25
sprayed [1] 12/16
spraying [1] 11/10
SS [2] 25/16 25/17
stairs [5] 11/11 12/4 12/9 15/25 22/16
stapled [3] 9/3 9/5 21/18
start [2] 4/13 7/19
starting [1] 2/10
state [2] 2/10 28/15
stated [6] 9/15 21/13 24/25 25/9 26/9 27/7
statement [2] 20/24 21/16
STATES [12] 1/1 1/3 1/11 1/20 2/3 2/13 2/15 4/20 4/22 21/18 36/4 36/8
status [8] 31/2 31/7 31/22 31/24 32/8 32/8 33/6 33/25
stenography [1] 1/24
step [4] 26/20 26/22 26/24 26/25
steps [7] 10/12 10/12 10/18 11/6 12/14 12/15 29/17
still [1] 5/9
stop [2] 27/18 27/21
stormed [1] 17/15
storming [1] 9/15
strongly [1] 18/22
submit [2] 29/19 30/12
submitted [2] 21/25 23/3
subscribed [1] 36/18
subsequent [3] 10/14 12/6 29/5
substance [1] 23/23
substances [3] 23/16 23/20 23/21
substantial [2] 30/20 32/20
substantially [2] 32/17 33/1
such [2] 5/1 24/18
suggest [1] 31/6
suggests [1] 8/11
summary [1] 20/23
superseding [5] 3/4 3/6 3/10 4/1 5/18
sure [4] 17/19 20/15 27/10 30/17

**T**
take [4] 6/24 7/2 10/9 32/10
taken [8] 8/22 9/9 10/6 12/24 16/3 16/20 19/3 36/15
taking [1] 24/9
talk [2] 24/14 28/11
talked [3] 8/10 25/13 32/9
talking [2] 9/14 31/5
tape [1] 36/16
taunted [1] 13/4
tell [3] 11/24 13/13 29/21
ten [8] 3/9 5/20 9/24 14/14 14/18 14/23 15/2 15/23
terms [1] 32/2
testimony [1] 36/7
testing [1] 30/17
text [2] 4/25 22/1
texted [2] 22/7 22/12
than [6] 9/11 10/21 14/2 28/10 30/14 34/9

Thank [9] 4/5 4/6 27/16 27/21 30/23 34/1 35/5 35/6 35/9
Thanks [1] 35/3
that [194]
that's [7] 18/2 19/25 21/11 31/9 31/16 33/21 33/21
their [6] 11/8 11/19 17/3 23/5 34/21 34/22
them [8] 8/23 13/5 13/5 13/5 17/2 17/20 27/11 32/13
themselves [2] 2/6 27/16
then [18] 3/3 4/7 4/9 8/12 8/19 13/23 15/22 15/24 16/14 18/23 21/23 26/15 31/21 31/22 32/2 32/19 32/25 35/3
there [24] 4/22 5/11 5/22 6/5 6/17 11/23 12/25 17/4 20/7 20/10 20/13 22/15 23/1 23/24 23/25 24/2 25/22 28/1 28/18 30/10 30/17 30/22 33/9 34/6
there's [4] 4/21 9/3 28/5 29/25
these [9] 8/6 9/20 16/23 17/10 24/1 25/18 29/11 29/19 30/2
they [20] 8/8 8/10 8/14 10/2 16/20 17/8 17/9 17/15 17/20 20/12 23/4 24/13 28/21 28/21 31/3 34/20 34/21 35/1 35/1 35/2
things [6] 7/1 19/5 28/2 32/1 32/3 32/5
think [10] 5/9 6/17 30/5 30/19 31/7 31/9 31/12 31/14 32/18 34/11
Third [1] 18/9
Thirteen [1] 3/10
this [71]
those [6] 8/14 10/12 19/19 25/25 30/7 32/11
though [3] 16/13 24/19 29/6
thread [1] 26/13
threat [2] 7/23 7/25
threaten [1] 6/3
three [1] 5/6
threshold [1] 4/14
through [4] 3/9 7/1 21/3 34/8
thrust [1] 11/19
time [17] 4/25 5/11 12/7 17/6 17/21 22/4 23/17 24/10 25/13 27/12 27/22 30/3 31/10 32/10 33/7 34/16 34/23
today [7] 17/17 27/8 28/1 31/1 32/2 33/13 34/16
together [1] 36/15
told [1] 13/5
tolerate [1] 29/3
toll [2] 34/17 34/18
tolling [1] 34/15
tongue [1] 24/7
too [4] 11/22 23/14 25/17 28/1
took [3] 10/16 29/15 29/17
top [3] 10/18 12/4 12/8
torso [1] 17/2
touch [1] 15/21
towards [2] 14/1 14/17
town [1] 28/13
traders [1] 13/6
train [1] 14/9
transcript [3] 1/10 1/24 36/14
transferred [1] 32/11
travel [1] 30/15
traveled [1] 6/7
tree [1] 26/3
trial [4] 34/3 34/5 34/7 34/10
tried [1] 16/25
Trump [2] 21/1 28/25
truncated [2] 7/6 7/9
try [5] 7/13 8/14 11/20 28/6 32/2
trying [4] 19/12 19/13 19/13 22/20
TT [1] 25/17
turn [4] 5/12 6/20 8/12 26/16
Turning [3] 17/7 20/4 23/11
two [4] 5/5 6/25 12/21 15/9
type [1] 34/3
tyranist [1] 9/17
tyrants [2] 9/18 9/25

**U**

U.S [1] 18/2
unclear [1] 22/22
under [23] 4/10 4/17 4/23 5/16 5/18 5/19 5/25
6/1 6/5 6/6 6/14 6/17 6/18 6/21 7/20 17/23 18/3
18/24 20/17 23/12 26/18 30/5 34/9
undercut [1] 23/8
understand [2] 21/10 23/2
understands [1] 29/20
unfortunately [1] 25/3
UNITED [12] 1/1 1/3 1/11 1/20 2/3 2/13 2/14
4/20 4/22 21/18 36/4 36/8
until [7] 14/23 17/5 29/13 34/5 34/10 34/16
34/18
up [15] 5/13 7/15 8/5 8/8 13/15 14/17 15/16
15/18 17/19 18/20 20/7 27/10 29/1 32/13 33/10
update [1] 32/7
upon [4] 28/4 30/9 30/9 36/7
upset [1] 28/9
urinating [1] 22/24
us [4] 8/19 12/6 17/19 27/10
USA [1] 13/4
USC [4] 4/18 5/16 6/21 7/20
use [1] 25/7
used [4] 16/10 21/3 23/25 24/1
user [1] 23/23
uses [1] 23/16
using [5] 3/14 20/6 20/6 20/7 26/3
UU [1] 25/17

**V**

varied [1] 32/22
versus [4] 2/4 4/20 18/3 36/8
very [7] 4/13 6/24 27/22 28/15 34/1 35/3 35/5
Vice [1] 26/8
video [36] 3/2 7/4 7/11 9/8 9/10 9/12 9/14 9/15
9/20 9/20 10/19 10/20 10/21 10/23 11/15 12/3
12/5 12/13 12/18 12/22 12/24 13/8 13/11 13/23
14/3 14/7 14/9 14/10 14/13 14/24 14/25 15/4
15/18 16/4 16/23 16/24
videos [2] 8/22 20/19
view [3] 13/12 14/24 16/8
viewing [2] 30/6 30/6
views [1] 25/19
violation [1] 23/20
violence [6] 3/19 3/22 5/18 18/6 25/14 25/21
violent [4] 17/17 25/21 27/8 29/16
vote [2] 28/25 28/25
voter [1] 28/23
votes [1] 26/7
VV [1] 25/17

**W**

waive [3] 3/25 4/4 34/10
waiver [1] 34/3
waiving [1] 34/5
want [7] 4/10 8/14 10/15 23/4 31/3 32/1 33/12
wanted [5] 5/13 22/5 32/14 32/23 33/5
wants [1] 33/12
war [1] 25/20
was [59]
Washington [5] 1/4 1/21 6/9 24/14 24/18
way [5] 16/22 17/14 17/18 21/6 27/9
we [87]
We'd [1] 10/8
we'll [6] 5/12 14/12 34/18 34/23 34/25 34/25
we're [6] 4/6 8/22 9/17 28/6 32/25 34/23
we've [4] 11/12 23/12 32/21 33/7
weapon [7] 3/14 3/17 3/18 3/20 5/21 25/13
26/21
weapons [2] 24/1 24/17
wearing [4] 8/25 9/3 11/9 13/17
week [2] 4/15 4/16
weight [2] 18/23 19/5
well [8] 2/7 2/22 4/13 7/25 31/9 31/21 34/6

34/21
went [1] 35/16
were [21] 9/9 10/3 10/13 10/17 11/1 11/3 11/6
11/18 11/20 12/13 14/6 14/20 14/21 26/6 30/7
30/8 30/13 30/15 31/5 31/5 31/21
west [4] 10/4 10/11 11/3 18/11
what [24] 7/25 9/22 12/2 12/6 12/9 12/24 12/24
15/20 16/24 16/25 17/9 19/7 19/10 21/11 21/11
21/20 25/18 26/3 31/3 31/6 32/1 32/14 34/22
35/1
What's [1] 29/6
whatsoever [1] 30/1
when [8] 5/22 11/2 11/8 21/14 22/15 22/16
31/5 32/22
where [13] 10/13 13/2 13/8 14/6 14/13 14/17
14/20 15/1 24/13 25/22 29/18 32/2 34/25
whereof [1] 36/18
whether [6] 19/24 24/17 26/8 32/15 32/20
32/25
which [17] 4/11 5/8 6/12 7/2 7/15 10/19 11/12
11/18 13/18 17/11 21/18 22/10 23/22 24/2 24/6
27/25 31/9
while [3] 6/16 24/1 24/8
white [1] 11/9
who [19] 2/18 2/21 9/14 10/3 10/6 10/17 11/3
11/5 17/18 18/21 19/11 20/5 20/11 20/11 20/14
20/14 27/9 28/18 29/7
whole [5] 7/1 9/16 21/15 25/4 30/6
whom [2] 20/12 25/24
why [1] 21/22
will [16] 3/3 6/2 6/20 8/2 10/14 13/23 14/11
14/11 17/24 25/22 32/16 32/19 33/3 33/8 34/17
34/24
window [1] 25/5
wish [1] 4/1
within [1] 9/24
without [2] 4/11 34/8
witness [1] 36/18
witnesses [1] 6/3
witty [1] 8/13
won't [5] 7/20 17/10 20/22 23/13 25/16
wonders [1] 26/2
wooden [3] 9/2 9/4 13/14
words [1] 26/9
work [3] 31/15 31/18 32/12
works [1] 26/2
worn [14] 10/5 12/5 12/18 12/25 13/2 13/10
13/17 13/22 16/3 16/19 16/19 16/23 16/24
21/22
worse [1] 28/3
would [28] 2/9 7/5 7/7 7/9 7/11 13/16 17/19
19/18 21/22 22/4 22/21 22/23 23/8 24/19 27/10
28/2 29/3 29/19 30/9 30/10 30/12 30/14 30/15
30/22 31/7 31/15 31/18 32/18
writing [1] 31/1
written [3] 30/25 31/23 33/24
WW [1] 26/4

**Y**

y'all [1] 33/23
Yeah [1] 19/16
year [2] 4/20 29/13
years [2] 6/13 28/18
yellow [9] 10/7 11/14 11/23 11/23 12/15 13/19
13/20 15/7 16/4
yes [9] 3/5 19/2 19/10 19/19 19/20 19/22 31/16
32/5 33/22
you [44]
You'll [2] 14/16 14/21
your [68]

**Z**

zoomed [1] 16/5
zoomed-in [1] 16/5